IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

US BANK TRUST, NATIONAL
ASSOCIATION, AS TRUSTEE OF
AMERICAN HOMEOWNER
PRESERVATION TRUST SERIES 2015A+,

        Plaintiff,                      Case No. 2:21-cv-00451

vs.

WALWORTH COUNTY, WISCONSIN,

and

VALERIE ETZEL
WALWORTH COUNTY TREASURER,

        Defendants.

---

## DEFENDANTS WALWORTH COUNTY AND WALWORTH COUNTY TREASURER'S MOTION FOR JUDGMENT ON THE PLEADINGS

---

**NOW COMES** the Defendants, Walworth County and Valerie Etzel as Walworth County Treasurer, by and through their attorney, Deputy Corporation Counsel Estee E. Scholtz, and move the Court, the Honorable Stephen C. Dries, for an order granting judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c).

This motion is supported by the Federal Rules of Civil Procedure, the Constitutions of the United States of America and Wisconsin, the Wisconsin Statutes, relevant federal case law, relevant Wisconsin case law, the pleadings on file in this case, and including but not limited to exhibits thereto. Grounds for this motion are stated more particularly in defendant Walworth County's Brief that is filed herewith.

Pursuant to Civil L.R. 7(j)(2), copies of each unreported or non-precedential opinion, decision, order, judgment or other written disposition cited in the supporting brief are being filed with the court and served on Plaintiff in the matter prescribed in Fed. R. Civ. P. 5.

Dated this 9th day of September, 2021.

        WALWORTH COUNTY CORPORATION COUNSEL
        Attorneys for Defendants WALWORTH COUNTY,
        WISCONSIN and VALERIE ETZEL as WALWORTH
        COUNTY TREASURER

By: <u>Electronically signed by Estee E. Scholtz</u>
     Estee E. Scholtz, Deputy Corporation Counsel
     State Bar No. 1065852

Drafted by:
Deputy Corporation Counsel Estee E. Scholtz
Walworth County Judicial Center
1800 County Road NN
P O Box 1001
Elkhorn, WI  53121-1001
corpcounsel@co.walworth.wi.us
Phone: 262.741.7221
Fax: 262.741.7224