**FILED**
**01-31-2019**
**Walworth County**
**Clerk of Circuit Court**
**2019CV000075**
**Honorable Daniel S. Johnson**
**Branch 2**

STATE OF WISCONSIN      CIRCUIT COURT      WALWORTH COUNTY

---

IN THE MATTER OF THE FORECLOSURE
OF TAX LIENS UNDER SECTION 75.521,
WISCONSIN STATUTES, BY WALWORTH             Code No. 30405
COUNTY, LIST OF TAX LIENS FOR 2019,
NUMBER ONE

---

## LIST OF TAX LIENS OF WALWORTH COUNTY
## BEING FORECLOSED BY PROCEEDING IN REM 2019
## NUMBER ONE AND PETITION

---

TO THE CIRCUIT COURT OF WALWORTH COUNTY, WISCONSIN:

    The following constitutes the list of parcels of property affected by unpaid tax liens as shown on the tax certificates in the Treasurer's Office in Walworth County, Wisconsin, and a Petition to the Court for judgment all as provided for in Wisconsin Statute Section 75.521.

    The parcels below are listed in consecutive alphabetical order utilizing the information contained in the tax parcel number. Following the tax parcel number is the brief legal description. Following this is the "Sale Year" for the particular "Tax Year" for which taxes remain unpaid. Following this is the "Amount" of the taxes unpaid for that "Tax Year". In addition to the "Amount" of the unpaid tax, interest at the rate of one and one-half percent (1½%) per month, starting February 1 of the "Sale Year" for that "Tax Year" will be added to the amount due up to the date of redemption, or the date of judgment ordered by the court, whichever is earlier. Following is the name or names of the last owner or owners of record and following that is the name or names of the last mortgagee or mortgagees of record. If any municipality, other than Walworth County, has any right, title or interest in the parcel or the State of Wisconsin has a determined but unpaid death tax lien, a filed, nonoutlawed income or franchise tax warrant or a judgment entered in the judgment and lien docket then that fact is set forth with respect to the parcel as well.

1   Tax Parcel #  &A 97600001
LOT 1 CERT SURVEY NO. 976 AS RECORDED IN VOL 4 CS
PG 239 WCR. NW 1/4 SE 1/4 SEC 5 T1N R18E.   3.87 A. OUT
OF MB 5-8 VILLAGE OF BLOOMFIELD PER
INCORPORATION #831032 OMITS MA 976-1
SALE YEAR:                              · 2016
TAX YEAR:                                2015
PRINCIPAL AMOUNT:              4,123.91
(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

2   Tax Parcel #  &A114500001
LOT 1 CERT SURVEY NO. 1145 AS RECORDED IN VOL 5
CS PG 186 WCR. NW 1/4 SW 1/4 SEC 4 T1N R18E.   2.33 A.
OUT OF MB 4-4 VILLAGE OF BLOOMFIELD PER
INCORPORATION #831032 OMITS MA1145-1
SALE YEAR:                               2016
TAX YEAR:                                2015
PRINCIPAL AMOUNT:              1,690.67
(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

3   Tax Parcel #  &A399300001
LOT 1 CERTIFIED SURVEY NO. 3993 AS RECORDED IN
VOL 24 OF C.S. ON PAGE 299 WCR. LOCATED IN NE 1/4,
NW 1/4 & SE 1/4 OF SW 1/4 SEC 4 & PT OF NE 1/4 & SE 1/4
OF SE 1/4 SEC 5 T1N R18E.   43720 SQ FT OMITS MB 4-4B,
MB 5-9A & MA3298-1 VILLAGE OF BLOOMFIELD PER
INCORPORATION #831032 OMITS MA3993-1
SALE YEAR:                               2016
TAX YEAR:                                2015
PRINCIPAL AMOUNT:              24,748.73
(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

4   Tax Parcel #  &A451400002
OUTLOT 1 CERTIFIED SURVEY NO 4514 AS RECORDED
IN VOL 29 OF C.S. ON PAGE 247 WCR. LOCATED IN SW
1/4 & SE 1/4 SEC 4 T1N R18E AND SE 1/4 SEC 5 T1N R18E.
2334855 SQ FT. OMITS &A3993-2 AND &B 4-4.
  VILLAGE OF BLOOMFIELD
SALE YEAR:                               2016
TAX YEAR:                                2015
PRINCIPAL AMOUNT:              519.55
(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

5  Tax Parcel # &B  500009

PT E 1/2 SE 1/4 SEC 5 TIN R18E DESC AS COM E 1/4 COR
SEC 5 TIN R18E, WLY 768.2' TO POB, S10D05'W 155',
S33D30'W 74.63', S11D30' W 32.46', SELY TO SE COR SD
SEC, WLY ALG S LN TO W LN E 1/2, NLY TO NW COR E
1/2, E TO POB. EXC. COM E 1/4 COR SEC 5, S89D56'44"W
882.61', S0D46'23" W 33', S0D46'23"W 5.59', ALG CURVE,
CHORD S5D21'10"W 65.35' ALG CURVE, CHORD
S7D49'41"W 39.67', S5D43'32"W 13.93' TO POB, S68D42'38"E
42.22', S85D50'37"E 35', S33D27'56"W 48.06', S11D27'53"W
32.46', S21D31'49"E 48.15', S43D02'46"W 8.38', N55D35'18"W
133.39', N5D43'32"E 84.57', S68D42'38"E 51.90' TO POB.
VILLAGE OF BLOOMFIELD PER INCORPORATION
#831032 OMITS MB 5-9

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 15,964.90 |

(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP


6  Tax Parcel # &B  900004

W 1/2 NW 1/4. ALSO W 1/2 E 1/2 NW 1/4 SEC 9 TIN R18E.
120 A. VILLAGE OF BLOOMFIELD PER INCORPORATION
#831032 OMITS MB 9-4

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 16,765.29 |

(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP


7  Tax Parcel # &LEC  00001

UNIT 1 LAKEWOOD ESTATES CONDOMINIUM AS
RECORDED IN CONDO CAB A SLIDE 698 WCR. LOCATED
IN NE 1/4, SE 1/4, SW 1/4 & NW 1/4 SW 1/4 & SW 1/4 SE 1/4
SEC 4 TIN R18E & NE 1/4 SE 1/4 SEC 5 TIN R18E.
VILLAGE OF BLOOMFIELD. 174156 SQ FT. OMITS
&A4514-1

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 18,704.15 |

(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP


8  Tax Parcel # &LEC  00002

UNIT 2 LAKEWOOD ESTATES CONDOMINIUM AS
RECORDED IN CONDO CAB A SLIDE 698 WCR. LOCATED
IN NE 1/4, SE 1/4, SW 1/4 & NW 1/4 SW 1/4 & SW 1/4 SE 1/4
SEC 4 TIN R18E & NE 1/4 SE 1/4 SEC 5 TIN R18E.
VILLAGE OF BLOOMFIELD, 43320 SQ FT, OMITS
&A4514-1

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 424.57 |

(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

9  Tax Parcel #  &LEC  00003
UNIT 3 LAKEWOOD ESTATES CONDOMINIUM AS
RECORDED IN CONDO CAB A SLIDE 698 WCR. LOCATED
IN NE 1/4, SE 1/4, SW 1/4 & NW 1/4, SE 1/4 & SW 1/4 SE 1/4
SEC 4 TIN R18E & NE 1/4 SE 1/4 SEC 5 TIN R18E.
VILLAGE OF BLOOMFIELD, 45164 SQ FT, OMITS
&A4514-1
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:        6,246.19
(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

10  Tax Parcel #  &LEC  00004
UNIT 4 LAKEWOOD ESTATES CONDOMINIUM AS
RECORDED IN CONDO CAB A SLIDE 698 WCR. LOCATED
IN NE 1/4, SE 1/4, SW 1/4 & NW 1/4 SW 1/4 & SW 1/4 SE 1/4
SEC 4 TIN R18E & NE 1/4 SE 1/4 SEC 5 TIN R18E.
VILLAGE OF BLOOMFIELD. 35072 SQ FT. OMITS
&A4514-1
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:        1,263.98
(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

11  Tax Parcel #  &LEC  00005
UNIT 5 LAKEWOOD ESTATES CONDOMINIUM AS
RECORDED IN CONDO CAB A SLIDE 698 WCR. LOCATED
IN NE 1/4, SE 1/4, SW 1/4 & NW 1/4 SW 1/4 & SW 1/4 SE 1/4
SEC 4 TIN R18E & NE 1/4 SE 1/4 SEC 5 TIN R18E.
VILLAGE OF BLOOMFIELD. 34220 SQ FT. OMITS
&A4514-1
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:        5,263.33
(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

12  Tax Parcel #  &LEC  00006
UNIT 6 LAKEWOOD ESTATES CONDOMINIUM AS
RECORDED IN CONDO CAB A SLIDE 698 WCR. LOCATED
IN NE 1/4, SE 1/4, SW 1/4 & NW 1/4 SW 1/4 & SW 1/4 SE 1/4
SEC 4 TIN R18E & NE 1/4 SE 1/4 SEC 5 TIN R18E.
VILLAGE OF BLOOMFIELD. 35959 SQ FT. OMITS
&A4514-1
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:        2,000.64
(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

**13   Tax Parcel #   &LEC   00007**
UNIT 7 LAKEWOOD ESTATES   CONDOMINIUM AS
RECORDED IN CONDO CAB A SLIDE 698 WCR. LOCATED
IN NE 1/4, SE 1/4, SW 1/4 & NW 1/4 & SW 1/4 SE 1/4
SEC 4 TIN R18E & NE 1/4 SE 1/4 SEC 5 TIN R18E.
VILLAGE OF BLOOMFIELD. 32052 SQ FT. OMITS
&A4514-1

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 3,995.46 |

(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

**14   Tax Parcel #   &LEC   00008**
UNIT 8 LAKEWOOD ESTATES CONDOMINIUM AS
RECORDED IN CONDO CAB A SLIDE 698 WCR. LOCATED
IN NE 1/4, SE 1/4, SW 1/4 & NW 1/4 SW 1/4 & SW 1/4 SE 1/4
SEC 4 TIN R18E & NE 1/4 SE 1/4 SEC 5 TIN R18E.
VILLAGE OF BLOOMFIELD, 37705 SQ FT, OMITS
&A4514-1

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 3,099.84 |

(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

**15   Tax Parcel #   &LEC   00009**
UNIT 9 LAKEWOOD ESTATES   CONDOMINIUM AS
RECORDED IN CONDO CAB A SLIDE 698 WCR. LOCATED
IN NE 1/4, SE 1/4, SW 1/4, & NW 1/4 SW 1/4 & SW 1/4 SE 1/4
SEC 4 TIN R18E & NE 1/4 SE 1/4 SEC 5 TIN R18E.
VILLAGE OF BLOOMFIELD. 112594 SQ FT. OMITS
&A4514-1

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 22,713.20 |

(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

**16   Tax Parcel #   &LEC   00010**
UNIT 10 LAKEWOOD ESTATES CONDOMINIUM AS
RECORDED IN CONDO CAB A SLIDE 698 WCR. LOCATED
IN   NE 1/4, SE 1/4, SW 1/4 & NW 1/4 SW 1/4 & SW 1/4 SE 1/4
SEC 4 TIN R18E & NE 1/4 SE 1/4 SEC 5 TIN R18E.
VILLAGE OF BLOOMFIELD, 38295 SQ FT. OMITS
&A4514-1

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 3,485.62 |

(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

17    Tax Parcel #   &LEC  00011
UNIT 11 LAKEWOOD ESTATES CONDOMINIUM AS
RECORDED IN CONDO CAB A SLIDE 698 WCR. LOCATED
IN NE 1/4, SE 1/4, SW 1/4 & NW 1/4, SE 1/4, SW 1/4 SE 1/4
SEC 4 T1N R18E & NE 1/4 SE 1/4 SEC 5 T1N R18E.
VILLAGE OF BLOOMFIELD. 46676 SQ FT. OMITS
&A4514-1
SALE YEAR:                         2016
TAX YEAR:                          2015
PRINCIPAL AMOUNT:         5,100.47
(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

18    Tax Parcel #   &LEC  00012
UNIT 12 LAKEWOOD ESTATES  CONDOMINIUM AS
RECORDED IN CONDO CAB A SLIDE 698 WCR. LOCATED
IN NE 1/4, SE 1/4, SW 1/4 & NW 1/4 SW 1/4 & SW 1/4 SE 1/4
SEC 4 T1N R18E & NE 1/4 SE 1/4 SEC 5 T1N R18E.
VILLAGE OF BLOOMFIELD, 42699 SQ FT. OMITS
&A4514-1
SALE YEAR:                         2016
TAX YEAR:                          2015
PRINCIPAL AMOUNT:         7,025.52
(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

19    Tax Parcel #   &LEC  00013
UNIT 13 LAKEWOOD ESTATES CONDOMINIUM AS
RECORDED IN CONDO CAB A SLIDE 698 WCR. LOCATED
IN NE 1/4, SE 1/4, SW 1/4 & NW 1/4 SW 1/4 & SW 1/4 SE 1/4
SEC 4 T1N R18E & NE 1/4 SE 1/4 SEC 5 T1N R18E.
VILLAGE OF BLOOMFIELD, 93135 SQ FT, OMITS
&A4514-1
SALE YEAR:                         2016
TAX YEAR:                          2015
PRINCIPAL AMOUNT:         478.85
(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

20    Tax Parcel #   &LEC  00014
UNIT 14 LAKEWOOD ESTATES CONDOMINIUM AS
RECORDED IN CONDO CAB A SLIDE 698 WCR. LOCATED
IN NE 1/4, SE 1/4, SW 1/4 & NW 1/4 SW 1/4 & SW 1/4 SE 1/4
SEC 4 T1N R18E & NE 1/4 SE 1/4 SEC 5 T1N R18E.
VILLAGE OF BLOOMFIELD, 67194 SQ FT. OMITS
&A4514-1
SALE YEAR:                         2016
TAX YEAR:                          2015
PRINCIPAL AMOUNT:         316.01
(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

**21   Tax Parcel #   &LEC   00015**
UNIT 15 LAKEWOOD ESTATES CONDOMINIUM AS
RECORDED IN CONDO CAB A SLIDE 698 WCR. LOCATED
IN NE 1/4, SE 1/4, SW 1/4 & NW 1/4, SE 1/4 & SW 1/4 SE 1/4
SEC 4 T1N R18E & NE 1/4 SE 1/4 SEC 5 T1N R18E.
VILLAGE OF BLOOMFIELD, 68579 SQ FT. OMITS
&A4514-1

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 316.01 |

(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

**22   Tax Parcel #   &LEC   00016**
UNIT 16 LAKEWOOD ESTATES CONDOMINIUM AS
RECORDED IN CONDO CAB A SLIDE 698 WCR. LOCATED
IN NE 1/4, SE 1/4, SW 1/4 & NW 1/4 SW 1/4 & SW 1/4 SE 1/4
SEC 4 T1N R18E & NE 1/4 SE 1/4 SEC 5 T1N R18E.
VILLAGE OF BLOOMFIELD, 130004 SQ FT, OMITS
&A4514-1

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 715.34 |

(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

**23   Tax Parcel #   &LEC   00017**
UNIT 17 LAKEWOOD ESTATES CONDOMINIUM AS
RECORDED IN CONDO CAB A SLIDE 698 WCR. LOCATED
IN NE 1/4, SE 1/4, SW 1/4 & NW 1/4 SW 1/4 & SW 1/4 SE 1/4
SEC 4 T1N R18E & NE 1/4 SE 1/4 SEC 5 T1N R18E.
VILLAGE OF BLOOMFIELD, 103172 SQ FT. OMITS
&A4514-1

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 9,518.57 |

(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

**24   Tax Parcel #   &LEC   00018**
UNIT 18 LAKEWOOD ESTATES CONDOMINIUM AS
RECORDED IN CONDO CAB A SLIDE 698 WCR. LOCATED
IN NE 1/4, SE 1/4, SW 1/4 & NW 1/4 SW 1/4 & SW 1/4 SE 1/4
SEC 4 T1N R18E & NE 1/4 SE 1/4 SEC 5 T1N R18E.
VILLAGE OF BLOOMFIELD, 63921 SQ FT. OMITS
&A4514-1

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 9,305.31 |

(Plus interest and penalty)
SERIES F OF LG5 LLC
REVERE HIGH YIELD FUND LP

25   Tax Parcel #   &PL   00108
LOTS 497 THRU 508 BLK 10 & LOTS 519 THRU 530 BLK 10
PELL LAKE SECTION 1 VILLAGE OF BLOOMFIELD PER
INCORPORATION #831032 OMITS MPL-108
  SEC 21
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   256.57
(Plus interest and penalty)
PETER BOKOS


26   Tax Parcel #   &PL   00215
LOTS 962 THRU 967 BLK 21 PELL LAKE SECTION 1
VILLAGE OF BLOOMFIELD PER INCORPORATION
#831032 OMITS MPL-215
  SEC 21
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   329.52
(Plus interest and penalty)
HEATHER GANDT


27   Tax Parcel #   &PL   00717
LOTS 3437 THRU 3441 BLK 73 PELL LAKE SECTION 3
VILLAGE OF BLOOMFIELD PER INCORPORATION
#831032 OMITS MPL-717
  SEC 15
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   1,513.75
(Plus interest and penalty)
JAMES W HINSHAW
MARGARET M HINSHAW
PNC BANK NATIONAL ASSOCIATION


28   Tax Parcel #   &PL   01246
LOTS 5739 THRU 5758 BLK 108 PELL LAKE SECTION 3
VILLAGE OF BLOOMFIELD PER INCORPORATION
#831032 OMITS MPL-1246
  SEC 15
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   50.40
(Plus interest and penalty)
JEAN BUCKLEY


29   Tax Parcel #   &PL   01250
LOTS 5759 THRU 5763 BLK 108 PELL LAKE SECTION 3
VILLAGE OF BLOOMFIELD PER INCORPORATION
#831032 OMITS MPL-1250
  SEC 15
SALE YEAR:                          2015
TAX YEAR:                           2014
PRINCIPAL AMOUNT:                   697.89
(Plus interest and penalty)
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   630.55
(Plus interest and penalty)
JEAN ANN BUCKLEY

30   Tax Parcel #   &PL   01287
LOTS 5928 THRU 5930 BLK 133 & LOTS 5964 THRU 5966
BLK 133 PELL LAKE SECTION 4 VILLAGE OF
BLOOMFIELD PER INCORPORATION #831032 OMITS
MPL-1287
  SEC 15
SALE YEAR:                         2016
TAX YEAR:                          2015
PRINCIPAL AMOUNT:                  956.19
(Plus interest and penalty)
MATTHEW P DELFAVA
WI DEPT OF CHILDREN & FAMILIES


31   Tax Parcel #   &PL   01299
LOTS 5978 & 5979 BLK 133 PELL LAKE SECTION 4
VILLAGE OF BLOOMFIELD PER INCORPORATION
#831032 OMITS MPL-1299
  SEC 15
SALE YEAR:                         2016
TAX YEAR:                          2015
PRINCIPAL AMOUNT:                  75.36
(Plus interest and penalty)
KENNETH I HEIN


32   Tax Parcel #   &PL   01312
LOTS 6039 THRU 6043 BLK 134 PELL LAKE SECTION 4
VILLAGE OF BLOOMFIELD PER INCORPORATION
#831032 OMITS MPL-1312
  SEC 15
SALE YEAR:                         2016
TAX YEAR:                          2015
PRINCIPAL AMOUNT:                  372.75
(Plus interest and penalty)
LEONA PONTONE BARTH


33   Tax Parcel #   &PL   01878
LOTS 9279 THRU 9283 BLK 165 PELL LAKE SECTION 5
VILLAGE OF BLOOMFIELD PER INCORPORATION
#831032 OMITS MPL-1878
  SEC 22
SALE YEAR:                         2016
TAX YEAR:                          2015
PRINCIPAL AMOUNT:                  790.91
(Plus interest and penalty)
MICHELE L GILL


34   Tax Parcel #   &PL   01922
LOTS 9478 THRU 9483 BLK 201 PELL LAKE SECTION 6
VILLAGE OF BLOOMFIELD PER INCORPORATION
#831032 OMITS MPL-1922
  SEC 15
SALE YEAR:                         2016
TAX YEAR:                          2015
PRINCIPAL AMOUNT:                  402.68
(Plus interest and penalty)
MICHELE L GILL

35   Tax Parcel #   &PLA   00033
LOTS 152 THRU 163 BLK 3 PELL LAKE ADDITION
VILLAGE OF BLOOMFIELD PER INCORPORATION
#831032 OMITS MPLA-33
  SEC 14
SALE YEAR:                         2016
TAX YEAR:                          2015
PRINCIPAL AMOUNT:           3,281.01
(Plus interest and penalty)
WILLIAM S RADWELL JR
INTERNAL REVENUE SERVICE


36   Tax Parcel #   &PLA   00103
LOTS 502 THRU 512 BLK 9 PELL LAKE ADDITION
VILLAGE OF BLOOMFIELD PER INCORPORATION
#831032 OMITS MPLA-103
  SEC 14
SALE YEAR:                         2016
TAX YEAR:                          2015
PRINCIPAL AMOUNT:           829.73
(Plus interest and penalty)
ACM ENTERPRISES LLC


37   Tax Parcel #   &PLA   00105
LOTS 513 THRU 518 BLK 9 PELL LAKE ADDITION
VILLAGE OF BLOOMFIELD PER INCORPORATION
#831032 OMITS MPLA-105
  SEC 14
SALE YEAR:                         2016
TAX YEAR:                          2015
PRINCIPAL AMOUNT:           857.30
(Plus interest and penalty)
CVETA JOVANOSKI


38   Tax Parcel #   &PLA   00213
LOTS 1037 THRU 1041 BLK 17 PELL LAKE ADDITION
VILLAGE OF BLOOMFIELD PER INCORPORATION
#831032 OMITS MPLA-213
  SEC 14
SALE YEAR:                         2016
TAX YEAR:                          2015
PRINCIPAL AMOUNT:           798.25
(Plus interest and penalty)
ACM ENTERPRISES LLC


39   Tax Parcel #   &PLH   00070
LOTS 320 THRU 328 BLK 5 PELL LAKE HIGHLANDS
VILLAGE OF BLOOMFIELD PER INCORPORATION
#831032 OMITS MPLH-70
  SEC 16
SALE YEAR:                         2016
TAX YEAR:                          2015
PRINCIPAL AMOUNT:           564.85
(Plus interest and penalty)
ANDRIJ KLISZ
WIKTORIA KLISZ
    A/K/A VICTORIA KLISZ

40   Tax Parcel #   &PLH   00174
LOTS 817 THRU 826 BLK 12 PELL LAKE HIGHLANDS
VILLAGE OF BLOOMFIELD PER INCORPORATION
#831032 OMITS MPLH-174
  SEC 16
SALE YEAR:                           2016
TAX YEAR:                            2015
PRINCIPAL AMOUNT:                    766.19
(Plus interest and penalty)
WALTER TODTLEBEN TRUST
CYNTHIA TODTLEBEN TRUST


41   Tax Parcel #   &PLH   00244
LOTS 1164 THRU 1166 BLK 7 PELL LAKE HIGHLANDS
VILLAGE OF BLOOMFIELD PER INCORPORATION
#831032 OMITS MPLH-244
  SEC 16
SALE YEAR:                           2016
TAX YEAR:                            2015
PRINCIPAL AMOUNT:                    247.72
(Plus interest and penalty)
ALEX SHAFERNICH


42   Tax Parcel #   &RNG   00066
LOTS 17 & 18 BLK 6 ROSE NIPPERSINK GARDENS SUB
VILLAGE OF BLOOMFIELD PER INCORPORATION
3831032 OMITS MRNG-66
  SEC 24
SALE YEAR:                           2016
TAX YEAR:                            2015
PRINCIPAL AMOUNT:                    2,846.19
(Plus interest and penalty)
BARBARA E WILLIAMS
   A/K/A BARBARA WILLIAMS


43   Tax Parcel #   /A332800002
LOT 2 CERTIFIED SURVEY NO. 3328 AS RECORDED IN
VOL 19 OF C.S. ON PAGE 39 WCR. LOCATED IN SW 1/4
SEC 3 T4N R15E. 17822.9 SQ FT CITY OF WHITEWATER
OMITS /HAS-34 & /HAS-35
SALE YEAR:                           2016
TAX YEAR:                            2015
PRINCIPAL AMOUNT:                    776.09
(Plus interest and penalty)
AARON T PERSINGER
KATIE J PERSINGER

44  Tax Parcel #  /BIR  00014
LOTS 1 & 2 BLK 2. ALSO THAT PT OF DISCONTINUED
SUMMIT STREET DESC AS: COM N 1/4 COR SEC 8 T4N
R15E, N88D52'57"E 1281.43', N1D07'03"W 47.98' TO POB,
N0D50'06"E 78.95', S49D28'16"E 42.23', ALG CURVE,
CHORD S6D06'24"E 6.87', S37D15'28"W 56.13' TO POB.
BIRGES ADD CITY OF WHITEWATER

| | |
|---|---|
| SALE YEAR: | 2012 |
| TAX YEAR: | 2011 |
| PRINCIPAL AMOUNT: | 13,984.82 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2013 |
| TAX YEAR: | 2012 |
| PRINCIPAL AMOUNT: | 14,594.34 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2014 |
| TAX YEAR: | 2013 |
| PRINCIPAL AMOUNT: | 15,537.83 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2015 |
| TAX YEAR: | 2014 |
| PRINCIPAL AMOUNT: | 15,281.77 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 14,864.73 |
| (Plus interest and penalty) | |

CRAIG A POPE
WI DEPT OF REVENUE
US OIL COMPANY INC
HARRISON, WILLIAMS & MCDONELL LLP

45  Tax Parcel #  /BIR  00015
LOT 3 BLK 2 BIRGES ADD. CITY OF WHITEWATER
SEC 5

| | |
|---|---|
| SALE YEAR: | 2012 |
| TAX YEAR: | 2011 |
| PRINCIPAL AMOUNT: | 2,796.94 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2013 |
| TAX YEAR: | 2012 |
| PRINCIPAL AMOUNT: | 2,705.34 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2014 |
| TAX YEAR: | 2013 |
| PRINCIPAL AMOUNT: | 2,806.34 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2015 |
| TAX YEAR: | 2014 |
| PRINCIPAL AMOUNT: | 1,246.50 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 1,580.23 |
| (Plus interest and penalty) | |

CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

46   Tax Parcel # /BIR  00016
LOT 4 BLK 2 BIRGES ADD. CITY OF WHITEWATER
  SEC 5
SALE YEAR:                        2016
TAX YEAR:                         2015
PRINCIPAL AMOUNT:        3,043.15
(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

47   Tax Parcel # /ES  00018
LOT 1 BLK 4. ALSO THAT PT OF LOT 6 BLK 4 LYING NOF
LN 134. 5' NLY OF N LN CLAY ST ESTERLY'S ADDITION
CITY OF WHITEWATER
  SEC 4
SALE YEAR:                        2016
TAX YEAR:                         2015
PRINCIPAL AMOUNT:        2,141.56
(Plus interest and penalty)
FRANK CORDIO JR
INTERNAL REVENUE SERVICE
WI DEPT OF REVENUE

48   Tax Parcel # /ES  00018A
LOT 2 BLK 4 ESTERLYS ADD. CITY OF WHITEWATER
  SEC 4
SALE YEAR:                        2016
TAX YEAR:                         2015
PRINCIPAL AMOUNT:        1,040.35
(Plus interest and penalty)
FRANK CORDIO
INTERNAL REVENUE SERVICE
WI DEPT OF REVENUE

49   Tax Parcel # /MM  00001
LOT 1 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 15337 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D
SALE YEAR:                        2016
TAX YEAR:                         2015
PRINCIPAL AMOUNT:        1,242.35
(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

50   Tax Parcel # /MM  00002
LOT 2 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 16517 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D
SALE YEAR:                        2016
TAX YEAR:                         2015
PRINCIPAL AMOUNT:        885.17
(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

**51  Tax Parcel #  /MM   00003**
LOT 3 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 17918 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 885.17 |

(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

**52  Tax Parcel #  /MM   00004**
LOT 4 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 18123 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 885.17 |

(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

**53  Tax Parcel #  /MM   00005**
LOT 5 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 17421 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 885.17 |

(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

**54  Tax Parcel #  /MM   00006**
LOT 6 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 19865 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 885.17 |

(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

**55   Tax Parcel #   /MM   00007**
LOT 7 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 19524 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 885.17 |

(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

**56   Tax Parcel #   /MM   00008**
LOT 8 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 17793 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 857.91 |

(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

**57   Tax Parcel #   /MM   00009**
LOT 9 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 17836 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 885.17 |

(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

**58   Tax Parcel #   /MM   00010**
LOT 10 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 17119 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 885.17 |

(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

**59   Tax Parcel #   /MM   00011**
LOT 11 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 30814 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 1,088.63 |

(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP


**60   Tax Parcel #   /MM   00012**
LOT 12 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 22523 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 1,067.65 |

(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP


**61   Tax Parcel #   /MM   00013**
LOT 13 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 27119 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 1,067.65 |

(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP


**62   Tax Parcel #   /MM   00014**
LOT 14 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 15544 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 857.91 |

(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

63   Tax Parcel # /MM   00015
LOT 15 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 16560 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D
SALE YEAR:                         2016
TAX YEAR:                          2015
PRINCIPAL AMOUNT:        857.91
(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

64   Tax Parcel # /MM   00016
LOT 16 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 16560 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D
SALE YEAR:                         2016
TAX YEAR:                          2015
PRINCIPAL AMOUNT:        815.94
(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

65   Tax Parcel # /MM   00017
LOT 17 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 17045 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D
SALE YEAR:                         2016
TAX YEAR:                          2015
PRINCIPAL AMOUNT:        815.94
(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

66   Tax Parcel # /MM   00018
LOT 18 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 16994 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D
SALE YEAR:                         2016
TAX YEAR:                          2015
PRINCIPAL AMOUNT:        815.94
(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

67  Tax Parcel #  /MM   00019
LOT 19 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 15640 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D
SALE YEAR:                        2016
TAX YEAR:                         2015
PRINCIPAL AMOUNT:         815.94
(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

68  Tax Parcel #  /MM   00020
LOT 20 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 15563 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D
SALE YEAR:                        2016
TAX YEAR:                         2015
PRINCIPAL AMOUNT:         815.94
(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

69  Tax Parcel #  /MM   00021
LOT 21 MOUND MEADOWS AS RECORDED IN CAB C
SLIDE 76 WCR LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 6
T4N R15E. 22114 SQ FT CITY OF WHITEWATER OMITS
/MO1-6 OMITS /WUP-160D
SALE YEAR:                        2016
TAX YEAR:                         2015
PRINCIPAL AMOUNT:         865.94
(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

70  Tax Parcel #  /T   00009
PT. LOT 12 BLK 1 -  COM NE COR LOT 12 BLK 1, W TO PT
72' E OF NW COR LOT 12, S 137.2', E 89.33' TO E LN LOT
12, NELY ALG LOT LN 164.19' TO POB. EXC LAND FOR
STREET DESC AS: COM N 1/4 COR SEC 8 T4N R15E,
N88D52'57"E 1140.23', S1D07'03"E 32.47' TO POB,
S72D35'48"E 25.68', ALG CURVE, CHORD S28D07'41"E
49.04', S16D20'25"W 8.34', N33D03'06"E 72.43', S88D47'49"W
84.80' TO POB.  TRATT'S ADD CITY OF WHITEWATER
SALE YEAR:                        2016
TAX YEAR:                         2015
PRINCIPAL AMOUNT:         3,457.37
(Plus interest and penalty)
CRAIG A POPE
WI DEPT OF REVENUE
HARRISON, WILLIAMS & MCDONELL LLP

71   Tax Parcel #   CS    00181
LOTS 10 THRU 12 BLK 11 SKANSEN SUB. PER #654931
 SEC 9
 TOWN OF RICHMOND
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:          318.74
(Plus interest and penalty)
ALEXANDER M SHAFERNICH TRUST

72   Tax Parcel #   CS    00192
LOTS 9 & 10 BLK 12 SKANSEN SUB
 SEC 9
 TOWN OF RICHMOND
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:          191.25
(Plus interest and penalty)
JOSEPH KOCON
HELEN KOCON

73   Tax Parcel #   CS    00193
LOT 11 BLK 12 SKANSEN SUB.
 SEC 9
 TOWN OF RICHMOND
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:          19.13
(Plus interest and penalty)
JOSEPH KOCON
HELEN KOCON

74   Tax Parcel #   DM    00007
LOT 7 BLK 1 MINNIESKA SUBD.
 SEC 35
 TOWN OF WHITEWATER
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:          8,826.95
(Plus interest and penalty)
ROBERT G ZARACH
ANN B ZARACH

75   Tax Parcel #   DMP    00019
LOT 19 BLK 1 MORAINE PARK SUB
 SEC 34
 TOWN OF WHITEWATER
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:          5,953.55
(Plus interest and penalty)
JOANN DICKHOFF CARPENTER TRUST

76   Tax Parcel #   F D 2200017D
PARCEL LOC IN NE 1/4 SE 1/4 SEC 22 T 2 N R 16 E,  COM
AT SE COR MERENESS SPRINGS SUB, N66D25' E 152',
N38D25' E 556', S51D35' E 125', S53D 05' E 20.01', N38D25' E
99.43 FT., S51D35' 150.88' TO POB, N 51D35' W 73.27',
N1D31' W 83.5', N2D47' E 61.48',   51D35' E 73.81', S0D28'W
TO POB.
  TOWN OF DELAVAN
SALE YEAR:                                          2016
TAX YEAR:                                           2015
PRINCIPAL AMOUNT:                        597.13
(Plus interest and penalty)
RICHARD L LAURENCE

77   Tax Parcel #   F D 2200039
PT SE 1/4 SEC 22 T2N R16E: COM SE COR MERENESS
SPRINGS SUB, N66D25'E 152', N38D25'E 706', S51D35'E 25'
TO POB, CONT. 165.87', N2D45'W 61.48', N51D 35'W 120',
S38D25'W 50' TO POB
  TOWN OF DELAVAN
SALE YEAR:                                          2016
TAX YEAR:                                           2015
PRINCIPAL AMOUNT:                        948.57
(Plus interest and penalty)
RICHARD L LAURENCE

78   Tax Parcel #   F D 2200040
PT SE 1/4 SEC 22 T2N R16E: COM SE COR MERENESS
SPRINGS, N66D 25'E 152', N38D25'E 656', S51D35'E 145' TO
POB, S51D35'E 77. 6', N1D31'W 66.05', N51D35'W 35.87',
S38D25'W 50' TO POB. ALSO COM SE COR MERENESS
SPRINGS SUB, N66D25'E 152', N38D25'E 656', S51D35'E 25'
TO POB, S51D35'E 100', N38D25'E 50', N51D35'W 100',
S38D25'W 50' TO POB. ALSO R/W
  TOWN OF DELAVAN
SALE YEAR:                                          2016
TAX YEAR:                                           2015
PRINCIPAL AMOUNT:                        2,252.21
(Plus interest and penalty)
RICHARD L LAURENCE

79   Tax Parcel #   F D 3600048
PT NE 1/4 SEC 36 T2N R16E DESC AS: COM NE COR SEC
36, S 1584. 5', N89D50'W 867.84' TO POB, N89D50'W 80',
S13D15'E 128.51', S89D50'E 50', N0D15'E 125' TO POB
  TOWN OF DELAVAN
SALE YEAR:                                          2016
TAX YEAR:                                           2015
PRINCIPAL AMOUNT:                        301.23
(Plus interest and penalty)
WAYNE S EGGERT
PEGGY DAVIS-EGGERT

80   Tax Parcel #   FLAD   00140
LOT 179 LAKE DELAVAN HIGHLANDS; ALSO THE
VACATED RIDGE AVE ABUTTING THE WEST LINE OF
THIS LOT.
  SEC 31
  TOWN OF DELAVAN
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:             3,042.30
(Plus interest and penalty)
JOSEPH H HERRICK
FIRST MIDWEST BANK

81   Tax Parcel #   FLAD   00141
LOT 180   .16 A LAKE DELAVAN HIGHLANDS; ALSO THE
VACATED RIDGE AVE ABUTTING THE WEST LINE OF
THIS LOT.
  SEC 31
  TOWN OF DELAVAN
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:             537.88
(Plus interest and penalty)
JOSEPH H HERRICK

82   Tax Parcel #   FLAD   00200
LOTS 264 & 265   .29 A LAKE DELAVAN HIGHLANDS PER
#435228
  SEC 31
  TOWN OF DELAVAN
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:             4,502.26
(Plus interest and penalty)
ALBERT DRWAL
MARGARET DRWAL

83   Tax Parcel #   FRA   00042
LOTS 46 & 47 KRUMHAAR'S ADD TO RAVENSWOOD
  SEC 31
  TOWN OF DELAVAN
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:             3,580.77
(Plus interest and penalty)
EDWARD E EKMAN
BMO HARRIS BANK NATIONAL ASSOCIATION

**84   Tax Parcel #   G SC 100006B**
COM NW COR LOT 7 BLK 23 LAKE WANDAWGA SUBD,
GOLF PARK ADD. N 36.2', E 200' M/L TO W LN HWY 12, S
36.2' TO NE COR LOT 18 BLK 23 SD SUB, W ALG N LINDS
OF LOTS 18 & 7 BLK 23 200' M/L TO POB. INTENDING TO
DESC LAND F/K/A LOTS 6 & 19 & S 11.2' LOTS 5 & 20 BLK
23 LAKE WANDAWEGA SUB GOLF PARK ADD.   PER
#103461. ALSO ELY 1/2 OF VACATED GOLF VIEW DR ADJ
TO ABOVE PARCEL AS VACATED UNDER DOC. #443588
BEING PT OF SW 1/4 SEC 1 T3N R16E.
  TOWN OF SUGAR CREEK

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 45.58 |
| (Plus interest and penalty) | |
| JOHN M ROBERTS | |

**85   Tax Parcel #   GBEC   00020**
OUTLOT 1   BAYWOOD ESTATES THIRD ADD.
PERMANENT LIMITED EASEMENT DESC UNDER DOC.
#321095, VOL 638 PG 7377
  SEC 1
  TOWN OF SUGAR CREEK

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 21.17 |
| (Plus interest and penalty) | |
| ALEX SHAFERNICH | |

**86   Tax Parcel #   GCH   00001**
LOT 1 CHARL MAR SUBD.-SEC 1 T3N R16E WAS LOT 1 OF
C.S. NO.55
  TOWN OF SUGAR CREEK

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 1,061.82 |
| (Plus interest and penalty) | |
| LINSEY R SMITH | |
|   A/K/A LINSEY R MCCRACKEN | |

**87   Tax Parcel #   GLGC   00008**
LOTS 7-10 BLK 23 LOTS 15-18 BLK 23 LAKE ALSO ELY 1/2
OF VACATED GOLF VIEW DR ADJ TO ABOVE AS
VACATED UNDER DOC. #443588 WANDAWEGA GOLF
PARK ADD. PER #738025
  SEC 1
  TOWN OF SUGAR CREEK

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 3,449.52 |
| (Plus interest and penalty) | |
| JOHN M ROBERTS | |

**88   Tax Parcel #   GWH   00053**
LOT 8 BLK 4 LAKE WANDAWEGA HIGHLANDS
  SEC 11
  TOWN OF SUGAR CREEK

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 47.16 |
| (Plus interest and penalty) | |
| WILLIAM KRECHEVSKY | |

89   Tax Parcel #   GWH   00074
LOT 11 BLK 6 LAKE WANDAWEGA HIGHLANDS
  SEC 11
  TOWN OF SUGAR CREEK
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   44.02
(Plus interest and penalty)
ALEX SHAFERNICH

90   Tax Parcel #   GWR   00107
UNIT 107 WILLOW RUN R.V. CONDO RESORT
RECORDED IN VOL 297 RECORDS PG 32.
  SEC 13
  TOWN OF SUGAR CREEK
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   58.05
(Plus interest and penalty)
DONNA GOULD JESSEN

91   Tax Parcel #   H LG 800004B
PT NW 1/4 SEC 8 T4N R16E DESC AS: COM SE COR SW 1/4
NW 1/4 SEC 8 IN C/L CONNELLY RD, N ALG SD C/L 500', W
437', S 500', E 437' TO POB. ALSO A STRIP OF LAND 28' IN
WIDTH OFF S SIDE OF FOLLOWING: COM W 1/4 COR SEC
8, N89D15'04"E 863.91' N 499.22' TO POB, N 66', N89D
12'29"E 436.39', S66', S89D15' 04"W 436.39' TO POB.
EASEMENT AGREEMENT UNDER DOC. #237308, VOL. 578
PG 544. EASEMENT UNDER DOC.#238788, VOL 581 PG 921
  TOWN OF LAGRANGE
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   2,883.45
(Plus interest and penalty)
ROBERT JOHN HEILMEIER
WI DEPT OF REVENUE

92   Tax Parcel #   H LG2300001
ALL THAT PART OF NE 1/4 NE 1/4 LYING N&E OF HWY
BEING. SEC 23 T4N R16E. EXC. HWY LAND
  TOWN OF LAGRANGE
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   580.20
(Plus interest and penalty)
PROSPECT HILLS LLC
ERIK W PARLOW

93   Tax Parcel #   HST   00011
UNIT 11 STERLINGWORTH CONDO'S ON THE LAKE AS
RECORDED UNDER DOC. #217074. LOCATED IN SE 1/4
NW 1/4 SECTION 36 T4N R16E OMITS H LG36-10B1, 10E,
10E1, 10F, 10HA, 14, 34A & HB-25 PARKING SPACES 34 &
35 & PIER SLIP 30 AS SHOWN ON ADDENDUM #2
RECORDED UNDER #804974
  TOWN OF LAGRANGE
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   2,987.81
(Plus interest and penalty)
GREGORY L FAUST
SUSAN O FAUST

94    Tax Parcel #    I L 2400002C

PT. NW 1/4 SECTION 24 T1N R17E DESC AS: COM W 1/4
COR SEC 24, N1D27'37"W 247.50', N89D22'45" E 50' TO
POB, N1D27'37"W 658. 53', N87D15'30"E 167.00', N1D
51'30"W 252.97', N88D32'23"E 274.35', N0D53'23"W 432.28',
N83D43'E 1002.99', S1D46'25"E 1700.69', S89D22'45"W
539.55', N52D07'30"W 397.56', S89D22'45"W 605.66' TO POB.
EXC. CSM 3384. EXC COM W 1/4 COR SEC 24
N01D27'37"W 1196.86', N88D32'23"E 217', S01D27'37"E 35',
N88D32'23" E 277' TO POB, N1D27'37"W 432.38', N83D43'E
763' SWLY & SLY ALG CREEK TO PT N88D32'23"E 563.7'
M/L TO POB, S88D32'23"W 563.7' TO POB. OUT OF I L 24-2
  TOWN OF LINN

SALE YEAR:                              2016
TAX YEAR:                              2015
PRINCIPAL AMOUNT:            3,138.17
(Plus interest and penalty)
RANDALL JOE PEABODY
INTERNAL REVENUE SERVICE
WI DEPT OF WORKFORCE DEVELOPMENT
STEVEN MARTIN GOLDRING TRUST
JANE SMITH
GENE RABIN TRUST


95    Tax Parcel #    I L 3000006

S 1/2 SW FR 1/4 SEC 30 T1N R17E. EXC. CSM 1161. EXC LL
ADJ TO I L 30-7A DESC UNDER DOC. #788581
  TOWN OF LINN

SALE YEAR:                              2016
TAX YEAR:                              2015
PRINCIPAL AMOUNT:            3,779.30
(Plus interest and penalty)
FOUR C FARMS LLC
THE UNITED STATES OF AMERICA


96    Tax Parcel #    I L 3000007

W 1/2 SE 1/4 EXC. RR. SEC 30 T1N R17E.   EXC COM NW
COR NW 1/4 SE 1/4 SEC 30, S89D10'50"E 1327.76',
S0D29'48"E 349.95', S83D43'32"W 671.90', S0D38'10" E
887.60', N89D05'00"W 662.10', N0D27'41"W 1319.24' TO POB.
EXC CSM #4171. EXC COM NW COR NW 1/4 SE 1/4 SEC 30,
N89D48' 53"E 1327.76', S1D30'05"E 349. 95' TO POB,
S82D43'16"W 671.90', S1D38'27"E 887.60', S89D54'43"W
662.10', S1D27'58"E 247.16', N82D49'24"E 30.15', S1D27'58"E
652.51', S89D59'28" E 775.38', N1D30'05"W 233.48',
S89D59'28"E 523.84', N1D30'05" W 1597.48' TO POB. EXC LL
ADJ TO I L 30-7A DESC UNDER DOC. #788581
  TOWN OF LINN

SALE YEAR:                              2016
TAX YEAR:                              2015
PRINCIPAL AMOUNT:            1,843.67
(Plus interest and penalty)
FOUR C FARMS LLC
THE UNITED STATES OF AMERICA

97   Tax Parcel #   IA116100001
LOT 1 CERT SURVEY NO. 1161 AS RECORDED IN VOL 5
CS PG 216 WCR. SEC 30 T1N R17E   8.26 A OUT OF 1 L30-6
 TOWN OF LINN
SALE YEAR:                              2016
TAX YEAR:                              2015
PRINCIPAL AMOUNT:              3,165.53
(Plus interest and penalty)
FOUR C FARMS LLC
THE UNITED STATES OF AMERICA

98   Tax Parcel #   IW   00065
LOT 2 EXC NELY 34' BLK 13 WOODDALE ADD.
 SEC 16
 TOWN OF LINN
SALE YEAR:                              2016
TAX YEAR:                              2015
PRINCIPAL AMOUNT:              586.95
(Plus interest and penalty)
PATRICIA L DEELEY

99   Tax Parcel #   JHH   00008
LOT 8 BLK 1 HAWTHORNE HILLS
 SEC 26
 TOWN OF GENEVA
SALE YEAR:                              2016
TAX YEAR:                              2015
PRINCIPAL AMOUNT:              340.01
(Plus interest and penalty)
ARTHUR G HOWE
DONNA K HOWE
US BANK NATIONAL ASSOCIATION

100   Tax Parcel #   JLCB   00038A
LOTS 269 THRU 274 BLK 7 LAKE COMO BEACH THIRD
MAP
 SEC 22
 TOWN OF GENEVA
SALE YEAR:                              2016
TAX YEAR:                              2015
PRINCIPAL AMOUNT:              3,206.03
(Plus interest and penalty)
MERRILL L KARCHER

101   Tax Parcel #   JLCB   00229
LOTS 1515 THRU 1521 BLK 25 LAKE COMO BEACH
THIRD MAP
 SEC 22
 TOWN OF GENEVA
SALE YEAR:                              2016
TAX YEAR:                              2015
PRINCIPAL AMOUNT:              2,782.88
(Plus interest and penalty)
ALFONSO J HERRERA
LINDSAY N HERRERA
TCF NATIONAL BANK

102   Tax Parcel #   JLCB   00373
LOTS 2185 THRU 2189 BLK 36 LAKE COMO BEACH
THIRD MAP
  SEC 22
  TOWN OF GENEVA
SALE YEAR:                    2016
TAX YEAR:                     2015
PRINCIPAL AMOUNT:         603.19
(Plus interest and penalty)
ROBERT D HOFF
CATHERINE A HOFF

103   Tax Parcel #   JLCB   00402
LOTS 2337 THRU 2341 BLK 40 LAKE COMO BEACH
SECOND MAP
  SEC 22
  TOWN OF GENEVA
SALE YEAR:                    2016
TAX YEAR:                     2015
PRINCIPAL AMOUNT:         603.19
(Plus interest and penalty)
ROBERT D HOFF
CATHERINE A HOFF

104   Tax Parcel #   JLCB   00615
LOTS 3338 THRU 3340 BLK 58 LAKE COMO BEACH
SECOND MAP
  SEC 27
  TOWN OF GENEVA
SALE YEAR:                    2016
TAX YEAR:                     2015
PRINCIPAL AMOUNT:           8.40
(Plus interest and penalty)
RICHARD P RASMUSSEN
NANCY S RASMUSSEN

105   Tax Parcel #   JLCB   00617
LOTS 3345 THRU 3347 BLK 58 LAKE COMO BEACH
SECOND MAP
  SEC 27
  TOWN OF GENEVA
SALE YEAR:                    2016
TAX YEAR:                     2015
PRINCIPAL AMOUNT:           8.40
(Plus interest and penalty)
RICHARD P RASMUSSEN
NANCY S RASMUSSEN

106   Tax Parcel #   JLCB   00618
LOTS 3348 THRU 3362 BLK 59 LOTS 3370 THRU 3373 BLK
59 LAKE COMO BEACH SECOND MAP
  SEC 22
  TOWN OF GENEVA
SALE YEAR:                    2016
TAX YEAR:                     2015
PRINCIPAL AMOUNT:        4,733.83
(Plus interest and penalty)
HDP LLC
ECON ENTERTAINMENT GROUP LLC
WI DEPT OF REVENUE
WI DEPT OF WORKFORCE DEVELOPMENT

107   Tax Parcel #  JLCB  00637
SLY 15' LOT 3437 BLK 60 LOTS 3438 THRU 3441 BLK 60
LOTS 3447 THRU 3451 BLK 60 LAKE COMO BEACH
SECOND MAP
  SEC 22
  TOWN OF GENEVA
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   1,595.83
(Plus interest and penalty)
DAVE J HUGHES
REBECCA J HUGHES
WI DEPT OF CHILDREN & FAMILIES
STEVEN B PHELPS


108   Tax Parcel #  JLCB  01017
LOTS 5060 THRU 5063 BLK 89 LAKE COMO BEACH
  SEC 28
  TOWN OF GENEVA
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   651.93
(Plus interest and penalty)
HEATHER GANDT


109   Tax Parcel #  JLCB  01950
LOTS 9068 THRU 9072 BLK 162 LAKE COMO BEACH
FOURTH MAP
  SEC 21
  TOWN OF GENEVA
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   990.29
(Plus interest and penalty)
JOSEPH ROETTER
RICHARD ROETTER
LARRY ROETTER
DONALD ROETTER


110   Tax Parcel #  JWSB1 00003
LOT 20 WILLOW BEND PARK 1ST ADDITION AS
RECORDED IN CAB B SLIDE 189 WCR. LOCATED IN NE
1/4 & NW 1/4 NW 1/4 SEC 22 T2N R17E.  40066 SQ FT
OMITS J G 22-3
  TOWN OF GENEVA
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   4,405.11
(Plus interest and penalty)
ERIK JENSEN TRUST
KEVIN DEMET (TRUSTEE)

111   Tax Parcel #   K LF1800004J
PT SE 1/4 SEC 18 T3N R17E DESC AS: COM NE COR W 1/2
SE 1/4 SEC 18, S ALG E LN W 1/2 346. 50', WLY ALG N LN
CEMETERY 198', N 348.16' TO N LN W 1/2, E 198' TO POB.
1.58 A. M/L.
  TOWN OF LAFAYETTE
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:            1,410.48
(Plus interest and penalty)
BROOK J CHAPMAN
KARYN M CHAPMAN
US BANK NATIONAL ASSOCIATION


112   Tax Parcel #   L T 1300004A
PT NE 1/4 NW 1/4 SEC 13 T4N R17E LOCATED SOUTH OF
PICKERAL LAKE.
  TOWN OF TROY
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:               43.74
(Plus interest and penalty)
PAUL B JUHNKE JR TRUST


113   Tax Parcel #   LFL   00034
LOT 18 BLK 14 FOUR LAKES BEACH
  SEC 8
  TOWN OF TROY
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:               29.17
(Plus interest and penalty)
ROBERT S MILKOWSKI


114   Tax Parcel #   LTC   00005A
LOT 4 BLK 2 TROY CENTER
  SEC 15
  TOWN OF TROY
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:            2,061.43
(Plus interest and penalty)
TODD L ROSENGARTEN
INTERNAL REVENUE SERVICE
WI DEPT OF REVENUE


115   Tax Parcel #   MIR   00189
LOTS 45-49 BLK 11 LAKE IVANHOE RESORT
  SEC 2
  TOWN OF BLOOMFIELD
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:              386.42
(Plus interest and penalty)
BEATRICE W AVERHART

116  Tax Parcel #   MIR    00228
LOTS 48-52 BLK 13 LAKE IVANHOE RESORT
  SEC 2
  TOWN OF BLOOMFIELD
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   306.25
(Plus interest and penalty)
PAUL VANCE

117  Tax Parcel #   MWE    00038
OUTLOT 1 WILLOW ESTATES AS RECORDED IN CAB C
SLIDE 55 WCR LOCATED IN SE 1/4 NE 1/4 SEC 15 TIN
R18E.  18017 SQ FT OMITS MB15-1E NOW VILLAGE OF
BLOOMFIELD PER INCORPORATION #831032 NOW
&WE-38
SALE YEAR:                          2011
TAX YEAR:                           2010
PRINCIPAL AMOUNT:                   68.22
(Plus interest and penalty)
SALE YEAR:                          2012
TAX YEAR:                           2011
PRINCIPAL AMOUNT:                   65.84
(Plus interest and penalty)
SALE YEAR:                          2013
TAX YEAR:                           2012
PRINCIPAL AMOUNT:                   63.17
(Plus interest and penalty)
SALE YEAR:                          2014
TAX YEAR:                           2013
PRINCIPAL AMOUNT:                   62.24
(Plus interest and penalty)
SALE YEAR:                          2015
TAX YEAR:                           2014
PRINCIPAL AMOUNT:                   62.06
(Plus interest and penalty)
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   66.93
(Plus interest and penalty)
ARACELI ANAYA-GIL
LUCIANO GIL

118  Tax Parcel #   N LY3100002
A 20' WIDE BY 875' LONG STRIP RUNNING NS ALG THE E
LN SW 1/4 NE 1/4 SEC 31 T 2 NR 18 E THIS STRIP HAS
BEEN OMITTED FROM THE ROLL SINCE 1970
  TOWN OF LYONS
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   723.00
(Plus interest and penalty)
GWS HARVARD LLC

119   Tax Parcel #   NCS   00002
UNIT NO. 2-1445 CREEK ROAD OF COUNTRY ESTATES
CONDOMINIUM AS RECORDED IN VOL 150 RECORDS
PAGE 1 W. C. R.
  SEC 8
  TOWN OF LYONS
SALE YEAR:                              2016
TAX YEAR:                               2015
PRINCIPAL AMOUNT:               654.44
(Plus interest and penalty)
REBECCA L FELTES
BMO HARRIS BANK NATIONAL ASSOCIATION


120   Tax Parcel #   NDE   00005
LOT 5 HEATHERIDGE
  SEC 18
  TOWN OF LYONS
SALE YEAR:                              2016
TAX YEAR:                               2015
PRINCIPAL AMOUNT:               6,305.10
(Plus interest and penalty)
AMBER M JOHNSON


121   Tax Parcel #   NGH   00009
E 10' LOT 12 LOTS 13 & 14 LAKE GENEVA GOLF HILLS
  SEC 31
  TOWN OF LYONS
SALE YEAR:                              2016
TAX YEAR:                               2015
PRINCIPAL AMOUNT:               1,237.11
(Plus interest and penalty)
HAROLD B PETERSEN
CHRISTINE K PETERSEN
INTERNAL REVENUE SERVICE


122   Tax Parcel #   NGH   00052
LOTS 66 & 67 LAKE GENEVA GOLF HILLS
  SEC 31
  TOWN OF LYONS
SALE YEAR:                              2016
TAX YEAR:                               2015
PRINCIPAL AMOUNT:               1,321.73
(Plus interest and penalty)
MICHELLE WOOLARD


123   Tax Parcel #   O SP2900012
PT SE 1/4 SEC 29 T3N R18E DESC AS: COM SW COR E 1/2
SE 1/4 SEC 29, E 5.39 CHS TO W LN SPRING
PRAIRIE-BURLINGTON RD, N40D W132', S70D W 4.41 CHS
TO POB.   .41 A. M/L
  TOWN OF SPRING PRAIRIE
SALE YEAR:                              2016
TAX YEAR:                               2015
PRINCIPAL AMOUNT:               2,236.34
(Plus interest and penalty)
KNF PROPERTIES LLC

**124    Tax Parcel #   O SP3200002A**
PT NE 1/4 SEC 32 T3N R18E DESC AS: COM N 1/8 SEC COR
NE 1/4 SEC 32, E 65.41', S75D37'W 66.35', S48D42' W 234.47',
S 256', S89D33'W 478.5', N 255', N89D33'E 429', N52D37' E
282.62' TO POB.   2.94 A.
  TOWN OF SPRING PRAIRIE

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 1,069.90 |

(Plus interest and penalty)
KNF PROPERTIES LLC

**125    Tax Parcel #   P ET1100012**
W 1/2 E 1/2 SE 1/4 SEC 11 T4N R18E LYING N OF HWY L.
20 A. M/L
  TOWN OF EAST TROY

| | |
|---|---|
| SALE YEAR: | 2015 |
| TAX YEAR: | 2014 |
| PRINCIPAL AMOUNT: | 5,887.31 |

(Plus interest and penalty)

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 5,957.39 |

(Plus interest and penalty)
DARLENE SCHOTTLAENDER

**126    Tax Parcel #   P ET2900005**
E 1/2 W 1/2 SE 1/4 NE 1/4 SEC 29 T4N R18E. EXC. LAND
FOR HWY 9.18 A
  TOWN OF EAST TROY

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 27.93 |

(Plus interest and penalty)
ALEXANDER SHAFERNICH

**127    Tax Parcel #   PA430200001**
LOT 1 CERTIFIED SURVEY NO. 4302 AS RECORDED IN
VOL 27 OF C.S. ON PAGE 315 WCR. LOCATED IN SE 1/4
SEC 27 & NE 1/4 SEC 34 T4N R18E.   3529410 SQ FT OUT OF
P ET27-7 & P ET34-1
  TOWN OF EAST TROY

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 2,682.03 |

(Plus interest and penalty)
JAMES L MORGAN
DONNA MORGAN

**128    Tax Parcel #   QS&T  00012**
W 33' LOT 4 BLK 15 E 50' LOT 5 STONE & TOPPING'S ADD.
VILLAGE OF DARIEN
  SEC 27

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 1,981.38 |

(Plus interest and penalty)
AUDREY J GRAMLY

**129   Tax Parcel #   RXUP   00146**
COM NE COR LOT 1 BLK 13 OP, N58D01'E 511.56' TO POB,
S19D40'E 191.63', S15D18' W 213.15', N78D25'E 349.73',
N00D04' W 333.82', S86D30'W 146.90', N47D46'W 46.80',
S58D18'W 111.75', N25D16'W 54.63', S58D01'W 59.82' TO
POB. BEING PT OF SW 1/4 SEC 20 T4N R18E. VILLAGE OF
EAST TROY

| | |
|---|---|
| SALE YEAR: | 2015 |
| TAX YEAR: | 2014 |
| PRINCIPAL AMOUNT: | 5,391.57 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 4,802.69 |
| (Plus interest and penalty) | |

JEROLD J BUCHAN JR
DAVID CHAPMAN
WI DEPT OF CHILDREN & FAMILIES
SECURANT BANK & TRUST
MONTY TITLING TRUST 1

**130   Tax Parcel #   RXUP   00171**
PT NE 1/4 SEC 30 T4N R18E DESC AS: COM INTER E LN
CLARK ST & S LN SOUTH ST, E 84', S 165', W 84', N 165' TO
POB. VILLAGE OF EAST TROY

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 1,380.48 |
| (Plus interest and penalty) | |

JEFFREY A RAUWORTH
THERESA M RAUWORTH
CAPITAL CREDIT UNION
DAS ACQUISITION COMPANY LLC
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC

**131   Tax Parcel #   SIHF   00015**
LOT 18 BLK 1 INDIAN HILLS 1ST ADD VILLAGE OF
FONTANA ON GENEVA LAKE
   SEC 14

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 1,192.36 |
| (Plus interest and penalty) | |

DANIEL LOIACONO
SANDRA LOIACONO

**132   Tax Parcel #   TFR2   00016**
LOT 10 BLK 4 FREEMAN 2ND ADDITION VILLAGE OF
GENOA CITY
   SEC 35

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 1,706.55 |
| (Plus interest and penalty) | |

RANDI MUSSARED
COLE MUSSARED
MIRIAH MUSSARED

**133   Tax Parcel #   TMA   00011**
LOT 11 MILLER ADDITION VILLAGE OF GENOA CITY
   SEC 35
SALE YEAR:                              2016
TAX YEAR:                               2015
PRINCIPAL AMOUNT:              3,277.01
(Plus interest and penalty)
MATTHEW J STAHL
PATRICIA M STAHL

**134   Tax Parcel #   TOP   00036**
PT SE 1/4 SEC 35 T1N R18 DESC AS BEG AT PT 30' S OF SE
COR LOT 23, W TO PT 25' W OF W LN MILL RACE, SELY &
PAR TO SD MILL RACE TO PT WHERE WLY EXT OF S LN
FIRST ST MEET E ALG SD EXT TO W LN MILL ST TH N
ALG SD LN TO BEG.   ORIGINAL PLAT VILLAGE OF
GENOA CITY
SALE YEAR:                              2016
TAX YEAR:                               2015
PRINCIPAL AMOUNT:              4,987.31
(Plus interest and penalty)
MATTHEW J STAHL
PATRICIA M STAHL
**THE IMPROVEMENT ASSESSED ON TOP 00036 CROSSES THE
PARCEL LINE OF TVGC 00046D. EACH PARCEL IS OWNED BY
TWO SEPARATE PARTIES.   BOTH PARCELS WERE PREVIOUSLY
OWNED BY ONE PARTY.**

**135   Tax Parcel #   TVGC   00001E**
TRIANGULAR PARCEL N OF MILLERS ADD. VILLAGE OF
GENOA CITY
   SEC 35
SALE YEAR:                              2015
TAX YEAR:                               2014
PRINCIPAL AMOUNT:              0.52
(Plus interest and penalty)
SALE YEAR:                              2016
TAX YEAR:                               2015
PRINCIPAL AMOUNT:              2.47
(Plus interest and penalty)
MICHAEL ANNEN
CAROL ANNEN

**136   Tax Parcel #   TVGC   00010C**
RECT. PARCEL N OF TVGC 10A VILLAGE OF GENOA
CITY
   SEC 35
SALE YEAR:                              2015
TAX YEAR:                               2014
PRINCIPAL AMOUNT:              2.46
(Plus interest and penalty)
SALE YEAR:                              2016
TAX YEAR:                               2015
PRINCIPAL AMOUNT:              2.47
(Plus interest and penalty)
MICHAEL ANNEN
CAROL ANNEN

137   Tax Parcel #   TVGC   00012
PT NE 1/4 SEC 35 TIN R18E DESC AS: COM NE COR SEC
35, S 931.17' TO POB, S 344.80', S89D31'25"W 206.25', N
344.80', N89D31'25"E 206.25' TO POB. VILLAGE OF GENOA
CITY
SALE YEAR:                        2016
TAX YEAR:                         2015
PRINCIPAL AMOUNT:                 2,206.13
(Plus interest and penalty)
AKIL JACKSON


138   Tax Parcel #   TVGC   00018A
RECT. PARCEL N OF TVGC 18 VILLAGE OF GENOA CITY
  SEC 35
SALE YEAR:                        2016
TAX YEAR:                         2015
PRINCIPAL AMOUNT:                 2.47
(Plus interest and penalty)
MICHAEL ANNEN
CAROL ANNEN


139   Tax Parcel #   UCA   00109
LOT 10 BLK 7 CITIZENS ADD VILLAGE OF SHARON
  SEC 33
SALE YEAR:                        2016
TAX YEAR:                         2015
PRINCIPAL AMOUNT:                 2,610.03
(Plus interest and penalty)
ROBERT G ANDERSON
BETTY L ANDERSON


140   Tax Parcel #   UCA   00134B
PT LOT 18 BLK 8 DESC AS: COM NW COR LOT 18,
N88D11'50"E 200', S 110', S88D11'50"W 200' N 110' TO POB.
CITIZENS ADD VILLAGE OF SHARON OUT OF UCA-134
  SEC 33
SALE YEAR:                        2016
TAX YEAR:                         2015
PRINCIPAL AMOUNT:                 953.67
(Plus interest and penalty)
LAURENCE G. WILCOX JR.
JACQUELYN R WILCOX


141   Tax Parcel #   WBP   00019
UNIT E-3L BAYSIDE POINTE CONDOMINIUMS AS
RECORDED UNDER DOC. #353825. LOCATED IN NE 1/4
SEC 6 & NW 1/4 SEC 5 TIN R17E. ALSO GARAGE UNIT
E-3L VILLAGE OF WILLIAMS BAY OUT OF WWUP-87A
SALE YEAR:                        2016
TAX YEAR:                         2015
PRINCIPAL AMOUNT:                 4,206.04
(Plus interest and penalty)
STEVEN R DEJOHN
KATHLEEN DEJOHN VIRLAS

142   Tax Parcel #   XDPC   00023
UNIT 23 BUILDING 3 DELAVAN POINTE CONDOMINIUM
AS RECORDED IN CONDO CAB A SLIDE 474 WCR.
LOCATED IN SW 1/4 SEC 13 T2N R15E.   CITY OF
DELAVAN OMITS XA2577-2
SALE YEAR:                              2016
TAX YEAR:                               2015
PRINCIPAL AMOUNT:                       1,612.36
(Plus interest and penalty)
CAMERON S KIRCH
GEORGE C ADAMS

143   Tax Parcel #   XHE   00004
LOT 4 HEISS SHANAHAN SUBD. CITY OF DELAVAN
  SEC 17
SALE YEAR:                              2015
TAX YEAR:                               2014
PRINCIPAL AMOUNT:                       3,383.62
(Plus interest and penalty)
SALE YEAR:                              2016
TAX YEAR:                               2015
PRINCIPAL AMOUNT:                       3,122.91
(Plus interest and penalty)
JESUS S CASILLAS
FRANCISCA R CASILLAS
US BANK TRUST NATIONAL ASSOCIATION

144   Tax Parcel #   XLRR   01412
UNIT 1412 SHOREWOOD LODGE THE LODGES AT LAKE
LAWN RESORT CONDOMINIUM AS RECORDED IN
CONDO CAB A SLIDE 506 WCR. LOCATED IN NE 1/4 & SE
1/4 OF NE 1/4 SEC 21 & PT NW 1/4 & SW 1/4 OF NW 1/4
SEC 22 T2N R16E. CITY OF DELAVAN OMITS XA3815-1, 2
& 3
SALE YEAR:                              2016
TAX YEAR:                               2015
PRINCIPAL AMOUNT:                       1,323.66
(Plus interest and penalty)
VICTORIA A DALICANDRO
RUSSELL C WIRBICKI
BMO HARRIS BANK NATIONAL ASSOCIATION

145   Tax Parcel #   XOP   00078
COM 68' W OF SE COR LOT 5 BLK 10, N 100', W 39', S 100',
E 39' TO POB. ORIGINAL PLAT CITY OF DELAVAN
  SEC 18
SALE YEAR:                              2016
TAX YEAR:                               2015
PRINCIPAL AMOUNT:                       3,368.41
(Plus interest and penalty)
JOHN DEFRANK
CHARLES TOURON
TAMARA NABOLOTNY TRUST

146    Tax Parcel #    XOP    00265
PT OUTLOT 1 DELAVAN VILLAGE DESC AS COM ON E LN
OUTLOT 1, 138.6' S OF NE COR OUTLOT 1, W 165', S 69.3',
E 165', N TO POB. ORIGINAL PLAT CITY OF DELAVAN
    SEC 18
SALE YEAR:                      2016
TAX YEAR:                       2015
PRINCIPAL AMOUNT:               1,083.00
(Plus interest and penalty)
MATTHEW P WILLIAMS
WI DEPT OF CHILDREN & FAMILIES
CLAIR LAW OFFICES SC

147    Tax Parcel #    XP    00079
LOT 7 BLK 5 PASSAGE, ARAM & DOWNIE ADD. CITY OF
DELAVAN
    SEC 18
SALE YEAR:                      2016
TAX YEAR:                       2015
PRINCIPAL AMOUNT:               1,253.60
(Plus interest and penalty)
SALINA BLISS

148    Tax Parcel #    XP    00224
LOT 14 BLK 20 PASSAGE, ARAM & DOWNIE ADD. CITY
OF DELAVAN
    SEC 17
SALE YEAR:                      2016
TAX YEAR:                       2015
PRINCIPAL AMOUNT:               1,647.56
(Plus interest and penalty)
ALEJANDRO AGUADO
IRMA RUIZ

149    Tax Parcel #    XWUP    00121C
PT SW 1/4 SEC 18 T2N R18E DESC AS: COM 16.5' SW OF
INTER OF W LN TERRACE & S LN WASHINGTON ST, W
215.6', SW PAR WITH TERRACE ST 240.75', E 215.6' TO W
LN TERRACE ST, NELY TO POB.    CITY OF DELAVAN
SALE YEAR:                      2016
TAX YEAR:                       2015
PRINCIPAL AMOUNT:               143.30
(Plus interest and penalty)
CANDICE M BUTLER

150    Tax Parcel #    YA429200001
LOT 1 CERTIFIED SURVEY NO. 4292 AS RECORDED IN
VOL 27 OF C.S. ON PAGE 269 WCR. LOCATED IN SE 1/4 SE
1/4 & SW 1/4 SE 1/4 SEC 25 T3N R16E. 82489 SQ FT CITY
OF ELKHORN OUT OF G SC25-8A (ANNEXED) OUT OF YU
NW-230 OMITS YU NW-230B & YU NW-266
SALE YEAR:                      2015
TAX YEAR:                       2014
PRINCIPAL AMOUNT:               9.13
(Plus interest and penalty)
SALE YEAR:                      2016
TAX YEAR:                       2015
PRINCIPAL AMOUNT:               8.97
(Plus interest and penalty)
MANN BROS INC
WI DEPT OF WORKFORCE DEVELOPMENT
WI DEPT OF REVENUE
STATE OF WISCONSIN
CITY OF ELKHORN
LSCG FUND 17 LLC

**151   Tax Parcel #   YEBP   00001**
LOT 1 EVERGREEN BUSINESS PARK AS LOCATED IN
CAB C SLIDE 145 WCR. LOCATED IN NE 1/4 & NW 1/4 SE
1/4 SEC 13 T3N R16E. 63445 SQ FT CITY OF ELKHORN
OUT OF YA2624-1 & YU NW-248

| | |
|---|---|
| SALE YEAR: | 2013 |
| TAX YEAR: | 2012 |
| PRINCIPAL AMOUNT: | 3,550.76 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2014 |
| TAX YEAR: | 2013 |
| PRINCIPAL AMOUNT: | 3,753.05 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2015 |
| TAX YEAR: | 2014 |
| PRINCIPAL AMOUNT: | 3,743.34 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 3,736.06 |
| (Plus interest and penalty) | |

MANN DEVELOPMENT COMPANY INC
TOWN BANK
LSCG FUND 17 LLC

**152   Tax Parcel #   YEBP   00002**
LOT 2 EVERGREEN BUSINESS PARK AS LOCATED IN
CAB C SLIDE 145 WCR. LOCATED IN NE 1/4 & NW 1/4 SE
1/4 SEC 13 T3N R16E. 62999 SQ FT CITY OF ELKHORN
OUT OF YA2624-1 & YU NW-248

| | |
|---|---|
| SALE YEAR: | 2012 |
| TAX YEAR: | 2011 |
| PRINCIPAL AMOUNT: | 2,571.47 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2013 |
| TAX YEAR: | 2012 |
| PRINCIPAL AMOUNT: | 3,649.82 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2014 |
| TAX YEAR: | 2013 |
| PRINCIPAL AMOUNT: | 3,727.26 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2015 |
| TAX YEAR: | 2014 |
| PRINCIPAL AMOUNT: | 3,717.61 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 3,710.18 |
| (Plus interest and penalty) | |

MANN DEVELOPMENT COMPANY INC
TOWN BANK
LSCG FUND 17 LLC

153    Tax Parcel #   YEBP   00003
LOT 3 EVERGREEN BUSINESS PARK AS LOCATED IN
CAB C SLIDE 145 WCR. LOCATED IN NE 1/4 & NW 1/4 SE
1/4 SEC 13 T3N R16E. 62999 SQ FT CITY OF ELKHORN
OUT OF YA2624-1 & YU NW-248

| | |
|---|---|
| SALE YEAR: | 2012 |
| TAX YEAR: | 2011 |
| PRINCIPAL AMOUNT: | 3,869.05 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2013 |
| TAX YEAR: | 2012 |
| PRINCIPAL AMOUNT: | 3,649.82 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2014 |
| TAX YEAR: | 2013 |
| PRINCIPAL AMOUNT: | 3,727.26 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2015 |
| TAX YEAR: | 2014 |
| PRINCIPAL AMOUNT: | 3,717.61 |
| (Plus interest and penalty) | |
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 3,710.18 |
| (Plus interest and penalty) | |

MANN DEVELOPMENT COMPANY INC
TOWN BANK
LSCG FUND 17 LLC


154    Tax Parcel #   ZCNS   00037
UNIT 37 SOMERSET CONDOMINIUM RECORDED IN VOL
220 PG 176 WCR CITY OF LAKE GENEVA DOC. #342820 IS
VACATION OF TURNTABLE EASEMENT OVER WLY 100'
OF UNIT 37
  SEC 1

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 16,530.77 |
| (Plus interest and penalty) | |

CHARLES W ELTERMAN
PATRICIA F ELTERMAN


155    Tax Parcel #   ZLP   00001F
OFFICE COTTAGE DESC AS: COM SE COR LOT 4 LAKE
GENEVA VILLA PARK SUB, N0D21'E ALG E LN LOT 4 111'
TO POB, W 347.09', S 23.65'. N 123.10', S87D32'E 40.46',
S8D06'W 17.31', S46D 57'E 27.13', E 357.47', S0D21' W 94.50'
TO POB. WITH R/W CITY OF LAKE GENEVA
  SEC 1

| | |
|---|---|
| SALE YEAR: | 2016 |
| TAX YEAR: | 2015 |
| PRINCIPAL AMOUNT: | 2,826.06 |
| (Plus interest and penalty) | |

DAVID KLASSY
DONNA KLASSY

156   Tax Parcel #   ZOP   00274
E 24' OF W 1/2 LOT 10 BLK 27 ORIGINAL PLAT CITY OF
LAKE GENEVA
  SEC 36
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   27.03
(Plus interest and penalty)
DAVID J FAVARO

157   Tax Parcel #   ZWH   00016
LOT 14 BLK 3 WHEELER ADD. CITY OF LAKE GENEVA
  SEC 25
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   2,414.60
(Plus interest and penalty)
DONALD VOSS
MARIE VOSS

158   Tax Parcel #   ZYUP   00157
PT NE 1/4 SEC 31 T2N R18E DESC AS: COM E 1/4 COR SEC
31, S89D51'50"W 1342.72', N0D58'35"W 358.98' TO POB,
S89D51'50"W 222', N0D58'35"W 549.68', S82D32'11"E 224.41',
S0D58'35"E 520' TO POB. 2.73 A. CITY OF LAKE GENEVA
OUT OF ZYUP-154
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   2,199.57
(Plus interest and penalty)
GWS HARVARD LLC

159   Tax Parcel #   ZYUP   00158
10' BY 878.98' STRIP LOCATED 20' W & PARALLEL TO N-S
1/8 LN SEC 31 T2N R18E. CITY OF LAKE GENEVA OUT OF
ZYUP-154
SALE YEAR:                          2016
TAX YEAR:                           2015
PRINCIPAL AMOUNT:                   163.35
(Plus interest and penalty)
GWS HARVARD LLC

THE UNDERSIGNED TREASURER OF WALWORTH COUNTY does petition the Circuit Court of Walworth County for a judgment vesting title to each of said parcels of land in Walworth County as of the date of entry of judgment, and barring any and all claims whatsoever of the former owner or any person claiming through and under the former owner since the date of filing of this list in the office of the Clerk of Circuit Court of Walworth County.

STATE OF WISCONSIN          )
                            )SS
COUNTY OF WALWORTH          )

Valerie Etzel, being first duly sworn, deposes and says that she is the Walworth County Treasurer and that she caused the above list to be prepared and she does verify that the above list and the information contained therein is true and accurate to the best of her knowledge and that said list has been posted in the office of the County Treasurer of Walworth County and that she is filing said list in the office of the Clerk of Circuit Court of Walworth County this 31st day of January, 2019.

Dated this 31st day of January, 2019.

_Valerie Etzel_

Valerie Etzel, Walworth County Treasurer

Subscribed to and sworn to before me this 31st day of January, 2019.

_Robyn K. Schwartz_

Robyn K. Schwartz, Notary Public
Walworth County, Wisconsin.
My commission expires: _03-15-2019_

State of Wisconsin  } SS
County of Walworth

I, Kristina M. Secord, Clerk of the Circuit Court of Walworth County, Wisconsin, and keeper of the records and files thereof, do hereby certify that foregoing is a true and correct copy of the original document as it appears in the files in my office.
Dated this 30 day of aug 20 21

_Kristina M. Secord_

Deputy Clerk of Courts