FILED
02-01-2019
Walworth County
Clerk of Circuit Court
2019CV000075

STATE OF WISCONSIN    CIRCUIT COURT    WALWORTH COUNTY

| | |
|---|---|
| IN THE MATTER OF THE FORECLOSURE OF TAX LIENS UNDER SECTION 75.521, WISCONSIN STATUTES, BY WALWORTH COUNTY, LIST OF TAX LIENS FOR 2019, NUMBER ONE | Case No. 19CV75<br><br>Code No. 30405 |

## AFFIDAVIT OF FILING AND POSTING

STATE OF WISCONSIN    )
                     )SS
COUNTY OF WALWORTH)

Valerie Etzel, being first duly sworn, deposes and says:

1. I am the County Treasurer for Walworth County.

2. On February 1, 2019, I did cause such List of Tax Liens and Petition to be posted in the office of the County Treasurer of Walworth County.

3. Pursuant to Wisconsin Statute Section 75.521 I did on January 31, 2019 file in the office of the Clerk of Circuit Court for Walworth County the List of Tax Liens of Walworth County Being Foreclosed by Proceeding In Rem 2019, Number One, and Petition.

Dated this ___1st___ day of February, 2019.

_____
Valerie Etzel, Walworth County Treasurer

Subscribed to and sworn to before
me this _1st_ day of February, 2019.

_____
Robyn K. Schwartz, Notary Public
Walworth County, Wisconsin.
My commission expires: __03-15-2019__

State of Wisconsin } SS
County of Walworth

I, Kristina M. Secord, Clerk of the Circuit Court of Walworth County, Wisconsin, and keeper of the records and files thereof, do hereby certify that foregoing is a true and correct copy of the original document as it appears in the files in my office.

Dated this 30 day of aug 20 21

Kristina M. Secord
Deputy Clerk of Courts