FILED
02-08-2019
Walworth County
Clerk of Circuit Court
2019CV000075

STATE OF WISCONSIN    CIRCUIT COURT    WALWORTH COUNTY

| | |
|---|---|
| IN THE MATTER OF THE FORECLOSURE OF TAX LIENS UNDER SECTION 75.521, WISCONSIN STATUTES, BY WALWORTH COUNTY, LIST OF TAX LIENS FOR 2019, NUMBER ONE | Case No. 19CV75<br><br>Code No. 30405 |

## AFFIDAVIT OF MAILING AND COMPLIANCE WITH STATUTE SECTION 75.521(3)(c)

STATE OF WISCONSIN   )
                     )SS
COUNTY OF WALWORTH   )

Valerie Etzel, being first duly sworn, deposes and says:

1. On the 5th day of February, 2019, I have caused a copy of the Petition and so much of the List of Tax Liens of Walworth County Being Foreclosed by Proceeding In Rem 2019 Number One as includes the description of each particular parcel included therein to be mailed by registered or certified mail, return receipt requested, to the last known post office address of each owner and mortgagee of record for such particular parcel, the State of Wisconsin under the circumstances specified in Wisconsin Statute Section 75.521(3)(am)2., and to each municipality other than Walworth County having any right, title, or interest in the land or in the tax liens or the proceeds thereof.

2. The names and addresses of the owners, mortgagees, the State of Wisconsin in the proper case, and municipalities for whom a post office address has been ascertained, or a statement that no present post office address was ascertainable, where applicable, follows:

&
CONNIE COLON
VILLAGE OF BLOOMFIELD
P O BOX 609
PELL LAKE, WI  53157

&PL  00108
PETER BOKOS
444 BIRCHWOOD RD
HINSDALE, IL  60521

&PL  00717
JAMES W HINSHAW
W916 MYRTLE RD
GENOA CITY, WI  53128

&PL  01299
KENNETH I HEIN
PO BOX 958
PELL LAKE, WI  53157

&PL-1878, 1922
MICHELE L GILL
10809 BYRON CT
BULL VALLEY, IL  60098

&PLA  00105
CVETA JOVANOSKI
2531 HAWTHORNE DR N
SHELBY TWP, MI  48316

&PLH  00070
WIKTORIA KLISZ A/K/A VICTORIA KLISZ
C/O IRENA KLISZ
817 N MAPLEWOOD
CHICAGO, IL  60622

&PLH  00174
WALTER TODTLEBEN TRUST
C/O DENISE YOUNG
PO BOX 248
PELL LAKE, WI  53157

/
MICHELE SMITH
CITY OF WHITEWATER
PO BOX 178
WHITEWATER, WI  53190

/BIR 00014
US OIL COMPANY INC
ATTN: ATTORNEY DAN POSANSKI
425 BETTER WAY
APPLETON, WI  54915-6192

&A 976-1,&A1145-1,&A3993-1,&A4514-2,&B-5-9,&B-9-4,&LEC-1-18
REVERE HIGH YIELD FUND LP
C/O REVERE CAPITAL
2000 MCKINNEY AVE, SUITE 2125
DALLAS, TX  75201

&PL  00717
PNC BANK NATIONAL ASSOCIATION
222 DELAWARE AVE
WILMINGTON, DE  19899

&PL  01246, 1250
JEAN BUCKLEY
A/K/A JEAN ANN BUCKLEY
PO BOX 25
PELL LAKE, WI  53157

&PL  01312
LEONA PONTONE BARTH
1000 N LAKE SHORE DR
APT 2203
CHICAGO, IL  60611

&PL-215,JLCB-1017
HEATHER GANDT
3720 CTY HWY NN
WEST BEND, WI  53095

&PLA-103, 213
ACM ENTERPRISES LLC
749 3RD ST E
CRESCO, IA  52136

&PLH  00070
ANDRIJ KLISZ
C/O IRENA KLISZ
817 N MAPLEWOOD
CHICAGO, IL  60622

&PLH-244, OBEC-20, OWH-74, P ET29-5
ALEXANDER SHAFERNICH
A/K/A ALEX SHAFERNICH
113 N BEACH RD
HOBE SOUND, FL  33455

/A332800002
KATIE J PERSINGER
247 S. GREEN ST
WHITEWATER, WI  53190

/BIR-14-16,/ES-18,/ES-18A,/MM-1-21,/T-9,H LG 8-4B,JLCB-618,LTC-5A,YA4292-1
WI DEPT OF REVENUE
PO BOX 8901
MADISON, WI  53708

&A 976-1,&A1145-1,&A3993-1,&A4514-2,&B-5-9,&B-9-4,&LEC-1-18
SERIES F OF LG5 LLC
150 N WACKER DR, STE 3100
CHICAGO, IL  60606

&PL  00717
MARGARET M HINSHAW
W916 MYRTLE RD
GENOA CITY, WI  53128

&PL  01287
MATTHEW P DELFAVA
1222 WINGED FOOT DR
TWIN LAKES, WI  53181

&PL-1287,JLCB-637,RXUP-146,XOP-265
WI DEPT OF CHILDREN & FAMILIES
BUREAU OF CHILD SUPPORT
PO BOX 8916
MADISON, WI  53703-8916

&PLA  00033
WILLIAM S RADWELL JR
BOX 176
GENOA CITY, WI  53128

&PLA-33,/ES-18,/ES-18A,I L 24-2C,LTC-5A,NGH-9
INTERNAL REVENUE SERVICE
ATTN: ADVISORY, MS 5303
211 W WISCONSIN AVE
MILWAUKEE, WI  53203

&PLH  00174
CYNTHIA TODTLEBEN TRUST
C/O DENISE YOUNG
PO BOX 248
PELL LAKE, WI  53157

&RNG  00066
BARBARA E WILLIAMS
A/K/A BARBARA WILLIAMS
N941 ROSE DR
GENOA CITY, WI  53128

/A332800002
AARON T PERSINGER
247 S. GREEN ST
WHITEWATER, WI  53190

/BIR-14-16,/MM-1-21,/T-9
HARRISON, WILLIAMS & MCDONELL LLP
PO BOX 59
WHITEWATER, WI  53190

| | | |
|---|---|---|
| /BIR-14-16,/MM-1-21,/T-9<br>CRAIG A POPE<br>PO BOX 2467<br>JANESVILLE, WI 53547 | /ES 00018<br>FRANK CORDIO JR<br>222 S ESTERLY ST<br>WHITEWATER, WI 53190 | /ES 00018A<br>FRANK CORDIO<br>222 ESTERLY ST<br>WHITEWATER, WI 53190 |
| C<br>BARBARA CEAS<br>TOWN OF RICHMOND<br>W8776 TERRITORIAL RD<br>WHITEWATER, WI 53190 | CS 00181<br>ALEXANDER M SHAFERNICH TRUST<br>113 N BEACH RD<br>HOBE SOUND, FL 33455 | CS 00192, 193<br>HELEN KOCON<br>7629 W STRONG ST<br>HARWOOD HEIGHTS, IL 60706 |
| CS 00192, 193<br>JOSEPH KOCON<br>7629 W STRONG ST<br>HARWOOD HEIGHTS, IL 60706 | D<br>CARRIE HINTZ<br>TOWN OF WHITEWATER<br>W8590 WILLIS RAY RD<br>WHITEWATER, WI 53190 | DM 00007<br>ANN B ZARACH<br>N7599 E LAKESHORE DR<br>WHITEWATER, WI 53190 |
| DM 00007<br>ROBERT G ZARACH<br>N7599 E LAKESHORE DR<br>WHITEWATER, WI 53190 | DMP 00019<br>JOANN DICKHOFF CARPENTER TRUST<br>PO BOX 532<br>WHITEWATER, WI 53190 | F<br>DIXIE BERNSTEEN<br>TOWN OF DELAVAN<br>5621 TOWN HALL RD<br>DELAVAN, WI 53115 |
| F D 22-17D,39,40<br>RICHARD L LAURENCE<br>1414 SOUTH SHORE DR<br>DELAVAN, WI 53115 | F D 3600048<br>PEGGY DAVIS-EGGERT<br>A/K/A PEGGY LYNNE LUFT<br>5909 BITTERWOOD CT<br>TAMPA, FL 33625-5656 | F D 3600048<br>WAYNE S EGGERT<br>10424 PEACEFUL DR<br>LARGO, FL 33773 |
| FLAD 00140<br>FIRST MIDWEST BANK<br>8750 W BRYN MAWR AVE<br>SUITE 1300<br>CHICAGO, IL 60631 | FLAD 00200<br>MARGARET DRWAL<br>10713 GEORGIA LN<br>OAK LAWN, IL 60453 | FLAD 00200<br>ALBERT DRWAL<br>10713 GEORGIA LN<br>OAK LAWN, IL 60453 |
| FLAD-140, 141<br>JOSEPH H HERRICK<br>C/O DEBORAH HERRICK<br>30833 RTE 23<br>GENOA, IL 60135 | FRA 00042<br>EDWARD E EKMAN<br>4004 FOREST DR<br>DELAVAN, WI 53115 | FRA-42,NCS-2,XLRR-1412<br>BMO HARRIS BANK NATIONAL ASSOCIATION<br>111 WEST MONROE ST<br>CHICAGO, IL 60603 |
| G<br>DIANE BOYD<br>TOWN OF SUGAR CREEK<br>PO BOX 287<br>ELKHORN, WI 53121 | G SC 1-6B,GLGC-8<br>JOHN M ROBERTS<br>N7073 HY 12<br>ELKHORN, WI 53121 | GCH 00001<br>LINSEY R SMITH<br>A/K/A LINSEY R MCCRACKEN<br>W5091 ALDONA CT<br>ELKHORN, WI 53121 |
| GWH 00053<br>WILLIAM KRECHEVSKY<br>1503 DESTRY LA<br>COTTONWOOD, AZ 86326 | GWR 00107<br>DONNA GOULD JESSEN<br>PO BOX 805<br>ELGIN, IL 60121 | H<br>CRYSTAL HOFFMANN<br>TOWN OF LAGRANGE<br>PO BOX 359<br>WHITEWATER, WI 53190 |
| H LG 800004B<br>ROBERT JOHN HEILMEIER<br>PO BOX 737<br>WHITEWATER, WI 53190 | H LG2300001<br>ERIK W PARLOW<br>4503 W PIONEER RD<br>APT 144N<br>MEQUON, WI 53097-1505 | H LG2300001<br>PROSPECT HILLS LLC<br>PO BOX 2467<br>JANESVILLE, WI 53547 |

| | | |
|---|---|---|
| HST 00011<br>SUSAN O FAUST<br>845 N WAIOLA AVE<br>LAGRANGE, IL 60526 | HST 00011<br>GREGORY L FAUST<br>845 N WAIOLA AVE<br>LAGRANGE, IL 60526 | I<br>SUE POLYOCK<br>TOWN OF LINN<br>PO BOX 130<br>ZENDA, WI 53195 |
| I L 2400002C<br>GENE RABIN TRUST<br>465 LOWERLINE ST<br>NEW ORLEANS, LA 70118-3760 | I L 2400002C<br>JANE SMITH<br>C/O WASSEL, HARVEY & SCHUK LLP<br>PO BOX 524<br>DELAVAN, WI 53115 | I L 2400002C<br>STEVEN MARTIN GOLDRING TRUST<br>465 LOWERLINE ST<br>NEW ORLEANS, LA 70118-3760 |
| I L 2400002C<br>RANDALL JOE PEABODY<br>N1172 HWY 120<br>LAKE GENEVA, WI 53147 | I L 24-2C,JLCB-618,YA4292-1<br>WI DEPT OF WORKFORCE DEVELOPMENT<br>PO BOX 8914<br>MADISON, WI 53708 | I L 3-6, 7; IA1161-1<br>THE UNITED STATES OF AMERICA<br>C/O ATTY MICHAEL A. CARTER<br>US ATTORNEY'S OFFICE<br>517 E WISCONSIN AVE., STE 530<br>MILWAUKEE, WI 53202 |
| I L 3-6, 7; IA1161-1<br>FOUR C FARMS LLC<br>W4780 LAKEVILLE RD<br>WALWORTH, WI 53184 | IW 00065<br>PATRICIA L DEELEY<br>W3954 SPRINGBROOK RD<br>LAKE GENEVA, WI 53147 | J<br>DEBRA KIRCH<br>TOWN OF GENEVA<br>N3496 COMO RD<br>LAKE GENEVA, WI 53147 |
| JHH 00008<br>DONNA K HOWE<br>N3021 MARSHALL LN<br>LAKE GENEVA, WI 53147 | JHH 00008<br>ARTHUR G HOWE<br>N3021 MARSHALL LN<br>LAKE GENEVA, WI 53147 | JHH-8, K LF18-4J<br>US BANK NATIONAL ASSOCIATION<br>425 WALNUT ST<br>CINCINNATI, OH 45202 |
| JLCB 00038A<br>MERRILL L KARCHER<br>N3381 FOREST RD<br>LAKE GENEVA, WI 53147 | JLCB 00229<br>LINDSAY N HERRERA<br>14719 WASHINGTON ST<br>WOODSTOCK, IL 60098 | JLCB 00229<br>TCF NATIONAL BANK<br>2508 SOUTH LOUISE AVE<br>SIOUX FALLS, SD 57106 |
| JLCB 00229<br>ALFONSO J HERRERA<br>14719 WASHINGTON ST<br>WOODSTOCK, IL 60098 | JLCB 00618<br>ECON ENTERTAINMENT GROUP LLC<br>W3894 S SHORE DR<br>LAKE GENEVA, WI 53147 | JLCB 00618<br>HDP LLC<br>N3461 CTY TK H<br>LAKE GENEVA, WI 53147 |
| JLCB 00637<br>REBECCA J HUGHES<br>N3386 CLUB HOUSE DR<br>LAKE GENEVA, WI 53147 | JLCB 00637<br>STEVEN B PHELPS<br>2048 17TH ST<br>VERO BEACH, FL 32960 | JLCB 00637<br>DAVE J HUGHES<br>N3386 CLUB HOUSE DR<br>LAKE GENEVA, WI 53147 |
| JLCB 01950<br>DONALD ROETTER<br>PO BOX 608<br>GRAND HAVEN, MI 49417 | JLCB 01950<br>LARRY ROETTER<br>PO BOX 608<br>GRAND HAVEN, MI 49417 | JLCB 01950<br>RICHARD ROETTER<br>PO BOX 608<br>GRAND HAVEN, MI 49417 |
| JLCB 01950<br>JOSEPH ROETTER<br>PO BOX 608<br>GRAND HAVEN, MI 49417 | JLCB-373, 402<br>CATHERINE A HOFF<br>5541 W CATALPA ST<br>CHICAGO, IL 60630 | JLCB-373, 402<br>ROBERT D HOFF<br>5541 W CATALPA ST<br>CHICAGO, IL 60630 |

| | | |
|---|---|---|
| JLCB-615, 617<br>NANCY S RASMUSSEN<br>BOX 250<br>WALWORTH, WI  53184 | JLCB-615, 617<br>RICHARD P RASMUSSEN<br>BOX 250<br>WALWORTH, WI  53184 | JWSBI 00003<br>KEVIN DEMET, TRUSTEE<br>W3556 WILLOW BEND CT<br>LAKE GENEVA, WI  53147 |
| JWSBI 00003<br>ERIK JENSEN TRUST<br>W3556 WILLOW BEND CT<br>LAKE GENEVA, WI  53147 | K<br>BARBARA FISCHER<br>TOWN OF LAFAYETTE<br>N6221 TAMARACK CT<br>ELKHORN, WI  53121 | K LF1800004J<br>KARYN M CHAPMAN<br>N6283 COBB ROAD<br>ELKHORN, WI  53121 |
| K LF1800004J<br>BROOK J CHAPMAN<br>N6283 COBB RD<br>ELKHORN, WI  53121 | L<br>TRACEY RAYMOND<br>TOWN OF TROY<br>N8870 BRIGGS STREET<br>EAST TROY, WI  53120 | L T 1300004A<br>PAUL B JUHNKE JR TRUST<br>UNKNOWN ADDRESS |
| LFL 00034<br>ROBERT S MILKOWSKI<br>2111 S ARLINGTON HEIGHTS RD<br>ARLINGTON HEIGHTS, IL  60005 | LTC 00005A<br>TODD L ROSENGARTEN<br>N8741 BRIGGS ST<br>EAST TROY, WI  53120 | M<br>FRANK WOLFF<br>TOWN OF BLOOMFIELD<br>PO BOX 704<br>PELL LAKE, WI  53157 |
| MIR 00189<br>BEATRICE W AVERHART<br>C/O WILLIAM AVERHART<br>4180 CORAL SPRINGS CT<br>FORT WORTH, TX  76123 | MIR 00228<br>PAUL VANCE<br>9340 W ORCHARD LAKE DR<br>BALDWIN, MI  49304 | MWE 00038<br>LUCIANO GIL<br>3951 E HIGH ST<br>OAK CREEK, WI  53154 |
| MWE 00038<br>ARACELI ANAYA-GIL<br>3951 E HIGH ST<br>OAK CREEK, WI  53154 | N<br>KARLA HILL<br>TOWN OF LYONS<br>PO BOX 337<br>LYONS, WI  53148 | N LY31-2,ZYUP-157, 158<br>GWS HARVARD LLC<br>2955 MANNHEIM RD<br>FRANKLIN PARK, IL  60131 |
| NCS 00002<br>REBECCA L FELTES<br>2010 E BALSAM AVE<br>MESA, AZ  85204 | NDE 00005<br>AMBER M JOHNSON<br>7351 HILLTOP LN<br>LAKE GENEVA, WI  53147 | NGH 00009<br>CHRISTINE K PETERSEN<br>7261 STATE RD 50<br>LAKE GENEVA, WI  53147 |
| NGH 00009<br>HAROLD B PETERSEN<br>7261 STATE RD 50<br>LAKE GENEVA, WI  53147 | NGH 00052<br>MICHELLE WOOLARD<br>N3169 ACACIA<br>LAKE GENEVA, WI  53147 | O<br>DEBRA COLLINS<br>TOWN OF SPRING PRAIRIE<br>N6097 STATE HWY 120<br>BURLINGTON, WI  53105 |
| O SP29-12,O SP32-2A<br>KNF PROPERTIES LLC<br>510 B NORTH 6TH ST<br>WATERFORD, WI  53185 | P<br>KIM BUCHANAN<br>TOWN OF EAST TROY<br>PO BOX 872<br>EAST TROY, WI  53120 | P ET1100012<br>DARLENE SCHOTTLAENDER<br>W562 CTY TK L<br>EAST TROY, WI  53120 |
| PA430200001<br>DONNA MORGAN<br>W944 HONEY CREEK RD<br>BURLINGTON, WI  53105 | PA430200001<br>JAMES L MORGAN<br>W 944 HONEY CREEK RD<br>BURLINGTON, WI  53105 | Q<br>REBECCA LE MIRE<br>VILLAGE OF DARIEN<br>PO BOX 97<br>DARIEN, WI  53114 |

QS&T 00012
AUDREY J GRAMLY
31 W WASHINGTON ST
DARIEN, WI 53114

R
EILEEN SUHM
VILLAGE OF EAST TROY
2015 ENERGY DRIVE
EAST TROY, WI 53120

RXUP 00146
JEROLD J BUCHAN JR
2765 MAIN ST
EAST TROY, WI 53120

RXUP 00146
DAVID CHAPMAN
2765 MAIN ST
EAST TROY, WI 53120

RXUP 00146
DAVID CHAPMAN
C/O CAPITAL CROSSING
99 HIGH ST - 7TH FL
BOSTON, MA 02110

RXUP 00146
MONTY TITLING TRUST I
C/O CAPITAL CROSSING SERVICING CO LLC
99 HIGH STREET
BOSTON, MA 02110

RXUP 00146
SECURANT BANK & TRUST
W178 N9358 WATER TOWER PLACE
MENOMONEE FALLS, WI 53051

RXUP 00146
JEROLD J BUCHAN JR
C/O CAPITAL CROSSING
99 HIGH ST - 7TH FL
BOSTON, MA 02110

RXUP 00171
THERESA M RAUWORTH
2921 SOUTH ST
EAST TROY, WI 53120

RXUP 00171
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC
PO BOX 2026
FLINT, MI 48501-2026

RXUP 00171
DAS ACQUISITION COMPANY LLC
12140 WOODCREST EXECUTIVE
STE 150
ST LOUIS, MO 63141

RXUP 00171
CAPITAL CREDIT UNION
PO BOX 2526
GREEN BAY, WI 54306

RXUP 00171
JEFFREY A RAUWORTH
2921 SOUTH ST
EAST TROY, WI 53120

S
THERESA LOOMER
VILLAGE OF FONTANA
PO BOX 200
FONTANA, WI 53125

SIHF 00015
SANDRA LOIACONO
181 E. STEVENSON DR
GLENDALE HEIGHTS, IL 60139

SIHF 00015
DANIEL LOIACONO
181 E. STEVENSON DR
GLENDALE HEIGHTS, IL 60139

T
CLAUDIA JUREWICZ
VILLAGE OF GENOA CITY
PO BOX 428
GENOA CITY, WI 53128

TFR2 00016
COLE MUSSARED
404 SUMNER ST
GENOA CITY, WI 53128

TFR2 00016
MIRIAH MUSSARED
404 SUMNER ST
GENOA CITY, WI 53128

TFR2 00016
RANDI MUSSARED
404 SUMNER ST
GENOA CITY, WI 53128

TMA-11, TOP-36
PATRICIA M STAHL
817 BLAKELY ST
WOODSTOCK, IL 60098

TMA-11, TOP-36
MATTHEW J STAHL
817 BLAKELY ST
WOODSTOCK, IL 60098

TVGC 00001E, 10C, 18A
CAROL ANNEN
127 SUMNER ST
GENOA CITY, WI 53128

TVGC 00001E, 10C, 18A
MICHAEL ANNEN
127 SUMNER ST
GENOA CITY, WI 53128

TVGC 00012
AKIL JACKSON
743 N CARTER ST
GENOA CITY, WI 53128

U
DAVID THURNAU
VILLAGE OF SHARON
PO BOX 379
SHARON, WI 53585

UCA 00109
BETTY L ANDERSON
PO BOX 285
SHARON, WI 53585

UCA 00109
ROBERT G ANDERSON
PO BOX 285
SHARON, WI 53585

UCA 00134B
JACQUELYN R WILCOX
10931 E LAKE SHORE RD
CLINTON, WI 53525

UCA 00134B
LAURENCE G. WILCOX JR.
10931 E LAKE SHORE RD
CLINTON, WI 53525

W
ELIZABETH GASPARAC
VILLAGE OF WILLIAMS BAY
PO BOX 580
WILLIAMS BAY, WI 53191

WBP 00019
KATHLEEN DEJOHN VIRLAS
1301 W CHICAGO AVE
ARLINGTON HEIGHTS, IL 60004

WBP 00019
STEVEN R DEJOHN
1301 W CHICAGO AVE
ARLINGTON HEIGHTS, IL 60004

X
SUSAN KITZMAN
CITY OF DELAVAN
PO BOX 465
DELAVAN, WI 53115

XDPC 00023
GEORGE C ADAMS
1665 WOODS WAY
LAKE GENEVA, WI 53147

XDPC 00023
CAMERON S KIRCH
509 LAWSON SCHOOL RD #23
DELAVAN, WI 53115

XHE 00004
US BANK TRUST NATIONAL
ASSOCIATION
C/O AMERICAN HOMEOWNER
PRESERVATION
819 S WABASH AVE, SUITE 606
CHICAGO, IL 60605

XHE 00004
FRANCISCA R CASILLAS
PO BOX 214
COTULLA, TX 78014

XHE 00004
JESUS S CASILLAS
PO BOX 214
COTULLA, TX 78014

XLRR 01412
RUSSELL C WIRBICKI
C/O WIRBICKI LAW GROUP
33 W MONROE ST
SUITE 1140
CHICAGO, IL 60603

XLRR 01412
VICTORIA A DALICANDRO
7649 W SUNSET DR
ELMWOOD PARK, IL 60707-1318

XOP 00078
TAMARA NABOLOTNY TRUST
C/O VALERIA NABOLOTNY
3775 GREGORY DR
NORTHBROOK, IL 60062

XOP 00078
CHARLES TOURON
307 E WALWORTH AVE
DELAVAN, WI 53115

XOP 00078
JOHN DEFRANK
307 E WALWORTH AVE
DELAVAN, WI 53115

XOP 00265
CLAIR LAW OFFICES SC
PO BOX 445
617 E WALWORTH
DELAVAN, WI 53115

XOP 00265
MATTHEW P WILLIAMS
511 S. 3RD ST
DELAVAN, WI 53115

XP 00079
SALINA BLISS
215 S 5TH ST
DELAVAN, WI 53115

XP 00224
IRMA RUIZ
331 S 8TH ST
DELAVAN, WI 53115

XP 00224
ALEJANDRO AGUADO
331 S 8TH STREET
DELAVAN, WI 53115

XWUP 00121C
CANDICE M BUTLER
226 S TERRACE ST
DELAVAN, WI 53115

Y
CAIRIE VIRRUETA
CITY OF ELKHORN
PO BOX 920
ELKHORN, WI 53121

YA429200001
CITY OF ELKHORN
PO BOX 920
ELKHORN, WI 53121

YA429200001
STATE OF WISCONSIN
PO BOX 7857
MADISON, WI 53707-7857

YA429200001
MANN BROS INC
PO BOX 48
ELKHORN, WI 53121

YA4292-1, YEBP-1,2,3
LSCG FUND 17 LLC
13949 VENTURA BLVD
SUITE 300
SHERMAN OAKS, CA 91423

YEBP-1,2,3
TOWN BANK
850 WEST NORTH SHORE DR
HARTLAND, WI 53029

YEBP-1,2,3
MANN DEVELOPMENT CO INC
1950 N WISCONSIN ST
SUITE 8C
ELKHORN, WI 53121

Z
LANA KROPF
CITY OF LAKE GENEVA
626 GENEVA ST
LAKE GENEVA, WI 53147

ZCNS 00037
PATRICIA F ELTERMAN
PO BOX 3562
BARRINGTON, IL 60011

ZCNS 00037
CHARLES W ELTERMAN
PO BOX 3562
BARRINGTON, IL 60011

ZLP 00001F
DONNA KLASSY
1121 S LAKE SHORE DR
LAKE GENEVA, WI 53147

ZLP 00001F
DAVID KLASSY
1121 S LAKE SHORE DR
LAKE GENEVA, WI 53147

ZOP 00274
DAVID J FAVARO
4308 W JUDSON DR
NEW RIVER, AZ 85087

ZWH 00016
MARIE VOSS
1123 WHEELER ST
LAKE GENEVA, WI 53147

ZWH 00016
DONALD VOSS
1123 WHEELER ST
LAKE GENEVA, WI 53147

Dated this _____ day of February, 2019.

_____
Valerie Etzel, Walworth County Treasurer

Subscribed to and sworn to before
me this _____ day of February, 2019.

_____
Robyn K. Schwartz, Notary Public
Walworth County, Wisconsin.
My commission expires: 03-15-2019

State of Wisconsin  } SS
County of Walworth

I, Kristina M. Secord, Clerk of the Circuit Court of Walworth County, Wisconsin, and keeper of the records and files thereof, do hereby certify that foregoing is a true and correct copy of the original document as it appears in the files in my office.
Dated this 30 day of Aug 20 21

_____
_____ Deputy Clerk of Courts