FILED
02-21-2019
Walworth County
Clerk of Circuit Court
2019CV000075

STATE OF WISCONSIN   CIRCUIT COURT   WALWORTH COUNTY

| | |
|---|---|
| IN THE MATTER OF THE FORECLOSURE OF TAX LIENS UNDER SECTION 75.521, WISCONSIN STATUTES, BY WALWORTH COUNTY, LIST OF TAX LIENS FOR 2019, NUMBER ONE | Case No. 19CV75<br><br>Code No. 30405 |

## AFFIDAVIT OF PUBLICATION

STATE OF WISCONSIN   )
                                       )SS
COUNTY OF WALWORTH)

Valerie Etzel, being first duly sworn, deposes and says:

1. I am the County Treasurer for Walworth County.

2. Pursuant to Wisconsin Statute Section 75.521(6) I caused to be prepared a "NOTICE OF COMMENCEMENT OF PROCEEDINGS IN REM TO FORECLOSE TAX LIENS BY WALWORTH COUNTY" and caused said Notice as filed in the office of the Clerk of Circuit Court to be published as a Class 3 Notice under Chapter 985 as required.

Dated this _21st_ day of February, 2019.

_Valerie Etzel_
Valerie Etzel, Walworth County Treasurer

Subscribed to and sworn to before me
this _21st_ day of February, 2019.

_Robyn K. Schwartz_
Robyn K. Schwartz, Notary Public
Walworth County, Wisconsin.
My commission expires: _03/15/2019_

State of Wisconsin } SS
County of Walworth

I, Kristina M. Secord, Clerk of the Circuit Court of Walworth County, Wisconsin, and keeper of the records and files thereof, do hereby certify that foregoing is a true and correct copy of the original document as it appears in the files in my office.
Dated this _30_ day of _Aug_, 20 _21_

_Kristina M. Secord_
_Dustin Powers_ Deputy Clerk of Courts