FILED
06-17-2019
Walworth County
Clerk of Circuit Court
2019CV000075

DATE SIGNED: June 17, 2019

Electronically signed by Phillip A. Koss
Circuit Court Judge

| STATE OF WISCONSIN    CIRCUIT COURT    WALWORTH COUNTY | |
|---|---|
| IN THE MATTER OF THE FORECLOSURE OF TAX LIENS UNDER SECTION 75.521, WIS. STAT.S, BY WALWORTH COUNTY, LIST OF TAX LIENS FOR 2019, NUMBER ONE | Case No. 19CV75<br><br>Code No. 30405 |

## DEFAULT JUDGMENT

The above-entitled action for foreclosure of tax liens by proceeding in rem pursuant to the provisions of Wis. Stat. § 75.521 having been commenced as provided by law and having been filed in this Court, and

IT APPEARING that this action was commenced in this Court pursuant to the procedure established under Wis. Stat. § 75.521(3) by the posting in the office of the County Treasurer of the List of Tax Liens as shown by the Affidavit of the County Treasurer filed in this Court on February 1, 2019, and the publication of the Notice of Commencement of Proceeding In Rem To Foreclose Tax Liens by Walworth County as a Class 3 notice under Chapter 985 as required by Wis. Stat. § 75.521(6) as appears by the Affidavit of the County Treasurer filed in this Court February 21, 2019, and

IT APPEARING by the Affidavit of Mailing and Compliance with Wis. Stat. § 75.521(3)(c) filed in this Court February 8, 2019, that notice was given by registered or certified mail as required by that section, and

IT APPEARING that by Order of this Court on February 8, 2019, Steven A. Koch, an attorney of Elkhorn, Wisconsin, was appointed guardian ad litem for all persons known or unknown who have or may have an interest in the lands described in said lists and who are, or may be, minors or who are incompetents at the date of filing such list in the office of the Clerk of Circuit Court; and it appearing from the affidavit of Steven A. Koch dated April 25, 2019, on file herein, that notice to all persons and interests listed in the List of Tax Liens, and Notice of the Commencement of said action, and his appointment and role as Guardian ad Litem, was given,

and that he is satisfied that none of said individuals to the best of his knowledge are minors or incompetents, all as required by Wis. Stat. § 75.521(12), and

IT APPEARING from the Affidavit of Default of Walworth County Treasurer Valerie Etzel that those parcels listed in the list contained in said Affidavit of Default dated June 4, 2019, and as attached hereto as Exhibit "A" remain unredeemed and that the last day for redemption of same (April 11, 2019) has passed more than thirty (30) days ago and further that no Answer objecting to said Petition has been filed in this Court or served upon the County Treasurer contesting said action or setting forth a defense with respect to any of said parcels, and

IT APPEARING from the Affidavit of the Guardian ad Litem and the itemized statement attached that the fees charged by the guardian ad litem, $1,615.00, including advanced costs, are reasonable, and further that default attorney fees in the amount of $250.00 pursuant to Wis. Stat. § 814.06 are appropriate in favor of Walworth County,

NOW, THEREFORE, IT IS HEREBY ORDERED that default judgment be entered in favor of Walworth County as provided in Wis. Stat. § 75.521(8) and that Walworth County is vested with an estate in fee simple absolute in all of the lands contained in the Affidavit of Default of the Walworth County Treasurer dated June 4, 2019, and attached hereto as Exhibit "A", subject to all unpaid taxes and charges which are subsequent to the latest dated valid tax lien appearing on the List filed in the office of the Clerk of Circuit Court and posted in the office of the County Treasurer pursuant to Wis. Stat. § 75.521(3)(b), and further subject to recorded restrictions as more specifically set forth in Wis. Stat. § 75.14(4), and all persons, both natural and artificial, including the State of Wisconsin, infants, individuals adjudicated incompetent, absentees and non-residents who may have had any right, title, interest, claim, lien or equity of redemption in such lands, are forever barred and foreclosed of such right, title, interest, claim, lien or equity of redemption to the extent permitted and provided by law, and

IT IS FURTHER ORDERED that no personal judgment shall be entered against any person having or claiming to have any right, title or interest in or lien upon such lands, and

IT IS FURTHER ORDERED that this judgment shall have the effect of the issuance of a tax deed or deeds and of judgment to bar former owners and quiet title with respect to each such parcel of property appearing on the attached list to the extent permitted and provided for by law, and

IT IS FURTHER ORDERED that attorney fees in the amount of $250.00 pursuant to Wis. Stat. § 814.04(6) and guardian ad litem fees in the amount of $1,615.00 including advanced costs are approved and may be added as costs of this action to be allocated evenly among the parcels of property set forth on the attached list.

| | |
|---|---|
| &PL  00215 | LOTS 962 THRU 967 BLK 21 PELL LAKE SECTION 1 VILLAGE OF BLOOMFIELD PER INCORPORATION #831032 OMITS MPL-215 SEC 21 |
| &PL  00717 | LOTS 3437 THRU 3441 BLK 73 PELL LAKE SECTION 3 VILLAGE OF BLOOMFIELD PER INCORPORATION #831032 OMITS MPL-717 SEC 15 |
| &PL  01299 | LOTS 5978 & 5979 BLK 133 PELL LAKE SECTION 4 VILLAGE OF BLOOMFIELD PER INCORPORATION #831032 OMITS MPL-1299 SEC 15 |
| &PLA  00213 | LOTS 1037 THRU 1041 BLK 17 PELL LAKE ADDITION VILLAGE OF BLOOMFIELD PER INCORPORATION #831032 OMITS MPLA-213 SEC 14 |
| &PLH  00244 | LOTS 1164 THRU 1166 BLK 7 PELL LAKE HIGHLANDS VILLAGE OF BLOOMFIELD PER INCORPORATION #831032 OMITS MPLH-244 SEC 16 |
| CS   00181 | LOTS 10 THRU 12 BLK 11 SKANSEN SUB. PER #654931 SEC 9 TOWN OF RICHMOND |
| F D 2200017D | PARCEL LOC IN NE 1/4 SE 1/4 SEC 22 T 2 N R 16 E, COM AT SE COR MERENESS SPRINGS SUB, N66D25' E 152', N38D25' E 556', S51D35' E 125', S53D 05' E 20.01', N38D25' E 99.43 FT., S51D35' 150.88' TO POB, N 51D35' W 73.27', N1D31' W 83.5', N2D47' E 61.48',  51D35' E 73.81', S0D28'W TO POB. TOWN OF DELAVAN |
| F D 2200039 | PT SE 1/4 SEC 22 T2N R16E: COM SE COR MERENESS SPRINGS SUB, N66D25'E 152', N38D25'E 706', S51D35'E 25' TO POB, CONT. 165.87', N2D45'W 61.48', N51D 35'W 120', S38D25'W 50' TO POB   TOWN OF DELAVAN |
| F D 2200040 | PT SE 1/4 SEC 22 T2N R16E: COM SE COR MERENESS SPRINGS, N66D 25'E 152', N38D25'E 656', S51D35'E 145' TO POB, S51D35'E 77. 6', N1D31'W 66.05', N51D35'W 35.87', S38D25'W 50' TO POB. ALSO COM SE COR MERENESS SPRINGS SUB, N66D25'E 152', N38D25'E 656', S51D35'E 25' TO POB, S51D35'E 100', N38D25'E 50', N51D35'W 100', S38D25'W 50' TO POB. ALSO R/W TOWN OF DELAVAN |
| F D 3600048 | PT NE 1/4 SEC 36 T2N R16E DESC AS: COM NE COR SEC 36, S 1584. 5', N89D50'W 867.84' TO POB, N89D50'W 80', S13D15'E 128.51', S89D50'E 50', N0D15'E 125' TO POB TOWN OF DELAVAN |
| GWH  00053 | LOT 8 BLK 4 LAKE WANDAWEGA HIGHLANDS SEC 11 TOWN OF SUGAR CREEK |
| GWH  00074 | LOT 11 BLK 6 LAKE WANDAWEGA HIGHLANDS SEC 11 TOWN OF SUGAR CREEK |

**EXHIBIT "A"**

| | |
|---|---|
| IW   00065 | LOT 2 EXC NELY 34' BLK 13 WOODDALE ADD. SEC 16 TOWN OF LINN |
| JLCB  00038A | LOTS 269 THRU 274 BLK 7 LAKE COMO BEACH THIRD MAP SEC 22 TOWN OF GENEVA |
| JLCB  00229 | LOTS 1515 THRU 1521 BLK 25 LAKE COMO BEACH THIRD MAP SEC 22 TOWN OF GENEVA |
| JLCB  01017 | LOTS 5060 THRU 5063 BLK 89 LAKE COMO BEACH SEC 28 TOWN OF GENEVA |
| MIR   00228 | LOTS 48-52 BLK 13 LAKE IVANHOE RESORT SEC 2 TOWN OF BLOOMFIELD |
| NCS   00002 | UNIT NO. 2-1445 CREEK ROAD OF COUNTRY ESTATES CONDOMINIUM AS RECORDED IN VOL 150 RECORDS PAGE 1 W. C. R. SEC 8 TOWN OF LYONS |
| NGH   00052 | LOTS 66 & 67 LAKE GENEVA GOLF HILLS SEC 31 TOWN OF LYONS |
| SIHF  00015 | LOT 18 BLK 1 INDIAN HILLS 1ST ADD VILLAGE OF FONTANA ON GENEVA LAKE SEC 14 |
| TVGC  00001E | TRIANGULAR PARCEL N OF MILLERS ADD. VILLAGE OF GENOA CITY SEC 35 |
| TVGC  00010C | RECT. PARCEL N OF TVGC 10A VILLAGE OF GENOA CITY SEC 35 |
| TVGC  00018A | RECT. PARCEL N OF TVGC 18 VILLAGE OF GENOA CITY SEC 35 |
| XDPC  00023 | UNIT 23 BUILDING 3 DELAVAN POINTE CONDOMINIUM AS RECORDED IN CONDO CAB A SLIDE 474 WCR. LOCATED IN SW 1/4 SEC 13 T2N R15E.  CITY OF DELAVAN OMITS XA2577-2 |
| XHE   00004 | LOT 4 HEISS SHANAHAN SUBD. CITY OF DELAVAN SEC 17 |
| XLRR  01412 | UNIT 1412 SHOREWOOD LODGE THE LODGES AT LAKE LAWN RESORT CONDOMINIUM AS RECORDED IN CONDO CAB A SLIDE 506 WCR. LOCATED IN NE 1/4 & SE 1/4 OF NE 1/4 SEC 21 & PT NW 1/4 & SW 1/4 OF NW 1/4 SEC 22 T2N R16E. CITY OF DELAVAN OMITS XA3815-1, 2 & 3 |
| XP   00224 | LOT 14 BLK 20 PASSAGE, ARAM & DOWNIE ADD. CITY OF DELAVAN SEC 17 |
| YA429200001 | LOT 1 CERTIFIED SURVEY NO. 4292 AS RECORDED IN VOL 27 OF C.S. ON PAGE 269 WCR. LOCATED IN SE 1/4 SE 1/4 & SW 1/4 SE 1/4 SEC 25 T3N R16E. 82489 SQ FT CITY OF ELKHORN OUT OF G SC25-8A (ANNEXED) OUT OF YU NW-230 OMITS YU NW-230B & YU NW-266 |

| | |
|---|---|
| YEBP 00001 | LOT 1 EVERGREEN BUSINESS PARK AS LOCATED IN CAB C SLIDE 145 WCR. LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 13 T3N R16E. 63445 SQ FT CITY OF ELKHORN OUT OF YA2624-1 & YU NW-248 |
| YEBP 00002 | LOT 2 EVERGREEN BUSINESS PARK AS LOCATED IN CAB C SLIDE 145 WCR. LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 13 T3N R16E. 62999 SQ FT CITY OF ELKHORN OUT OF YA2624-1 & YU NW-248 |
| YEBP 00003 | LOT 3 EVERGREEN BUSINESS PARK AS LOCATED IN CAB C SLIDE 145 WCR. LOCATED IN NE 1/4 & NW 1/4 SE 1/4 SEC 13 T3N R16E. 62999 SQ FT CITY OF ELKHORN OUT OF YA2624-1 & YU NW-248 |

State of Wisconsin } SS
County of Walworth

I, Kristina M. Secord, Clerk of the Circuit Court of Walworth County, Wisconsin, and keeper of the records and files thereof, do hereby certify that foregoing is a true and correct copy of the original document as it appears in the files in my office.
Dated this __30__ day of __Aug__ 20 __21__

_Kristina M. Secord_
_____ Deputy Clerk of Courts