FILED
05-07-2019
Walworth County
Clerk of Circuit Court
2018CV000315

STATE OF WISCONSIN        CIRCUIT COURT        WALWORTH COUNTY

US Bank Trust National Association
as Trustee of American Homeowner
Preservation Trust Series 2015A+             NOTICE OF MOTION AND
                                             MOTION TO CONFIRM SALE AND
    Plaintiff,                               FOR ADDITIONS TO JUDGMENT

                                             Case No. 18CV000315

vs.

Jesus S. Casillas (Deceased), and Francisca R. Casillas

    Defendants.

---

    PLEASE TAKE NOTICE the plaintiff, by its Aattorney, Beatrice Garrett, will apply to the branch of the Circuit Court for Walworth County, 1800 County Trunk NN Elkhorn, WI 5321, courtroom 3040 presided over by the Honorable Daniel S. Johnson on **MAY 17, 2019 at 8:30 a.m.** for an Order as follows:

1. Adding sums specified in the annexed Affidavit to the plaintiff's Judgment;

2. confirming the sheriff sale.

    Dated this _7th_ day of May, 2019

                                              Beatrice Garrett
                                              Attorney for Plaintiff

                                  By: _/s/ Beatrice Garrett_
                                              Beatrice Garrett
                                              State Bar No. 1054877
                                              9163 West Hawthorne Ave. #3
                                              Milwaukee, WI 53226
                                              (414) 403-8398

This is an attempt to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge of this debt in a Chapter 7 bankruptcy case, or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt against you personally, and this company has a security interest in the property and will only exercise its right as against the property.

State of Wisconsin } SS
County of Walworth

I, Kristina M. Secord, Clerk of the Circuit Court of Walworth County, Wisconsin, and keeper of the records and files thereof, do hereby certify that foregoing is a true and correct copy of the original document as it appears in the files in my office.

Dated this 20 day of July 20 21

*Kristina M. Secord*
*Dustin Davis* Deputy Clerk of Courts