FILED
05-08-2019
Walworth County
Clerk of Circuit Court
2018CV000315

STATE OF WISCONSIN     CIRCUIT COURT     WALWORTH COUNTY

US Bank Trust National Association
as Trustee of American Homeowner
Preservation Trust Series 2015A+

Plaintiff,

AFFIDAVIT IN SUPPORT OF MOTION
TO CONFIRM SALE AND
FOR ADDITIONS TO JUDGMENT

Case No. 18CV000315

vs.

Jesus. S. Casillas (Deceased), and Francisca R. Casillas

Defendants.

---

Beatrice Garret being first duly sworn on oath deposes and says as follows:

1. She is the attorney for the plaintiff in the above entitled action.

2. The affiant has possession of the financial records concerning the mortgage which is the subject of this action.

3. The following represents the amounts now due to the plaintiff, including expenditures made after judgment:

| Judgment Amount | $158,611.22 |
|---|---|
| Interest Since Date of Judgment | $50,771.79 |
| Sheriff Sale Cost | $150.00 |
| Publication Cost | $122.14 |
| Escrow Advance | $3,329.85 |
| Sheriff Deed Recording Cost | $30.00 |
| Additional Attorney Fees | $2,760.50 |
| Grand Total | $215,775.50 |

4. The total listed above should not be construed as a payoff of the subject mortgage.

5. The affiant makes this affidavit in support of the plaintiff's motion for the addition of the foregoing advances, sale costs, and attorney fees to the judgment making a total sum to the plaintiff of $215,775.50.

6. The successful purchaser, the plaintiff, was the highest bidder, bidding the sum of $68,097.60 on April 4, 2019 at 10:00 A.M.

7. The total assessed value of the property according to the County of Walworth's is $60,500.00 and the total estimated fair market value is $59,100.00 proof of which is attached as Exhibit "E"

8. The plaintiff does not seek a deficiency judgment against the mortgagor defendant.

Dated this 8th day of May, 2019

Beatrice Garrett
Attorney for Plaintiff

By: _Beatrice Garrett_
Beatrice Garrett
State Bar No. 1054877
9163 West Hawthorne Ave. #3
Milwaukee, WI 53226
(414) 403-8398

Subscribed and sworn to before me
This 8th day of May, 2019.

_Phyllis Wall_
Notary Public, State of Wisconsin
My commission expires: 07/25/22

PHYLLIS WALTERS
NOTARY PUBLIC
STATE OF WISCONSIN

2

State of Wisconsin } SS
County of Walworth

I, Kristina M. Secord, Clerk of the Circuit Court of Walworth County, Wisconsin, and keeper of the records and files thereof, do hereby certify that foregoing is a true and correct copy of the original document as it appears in the files in my office.
Dated this 20 day of July 20 21
_Kristina M. Secord_
_Dustin Paulus_ Deputy Clerk of Courts