FILED
05-20-2019
Walworth County
Clerk of Circuit Court
2018CV000315

DATE SIGNED: May 20, 2019

STATE OF WISCONSIN    CIRCUIT COURT    WALWORTH COUNTY

Electronically signed by Daniel S. Johnson
Circuit Court Judge

US Bank Trust National Association
as Trustee of American Homeowner
Preservation Trust Series 2015A+

    Plaintiff,

ORDER
Case No. 18CV000315

vs.

Jesus S. Casillas (Deceased) and Francisca R. Casillas

    Defendants.

---

Upon the application of the plaintiff, through its attorney, Beatrice Garrett, and upon the records, files and proceedings herein,

IT IS HEREBY ORDERED that the expenses set forth in the Affidavit to Confirm and for Additions to Judgment are hereby added to the judgment making a total sum now due to the plaintiff of $215,775.50.

IT IS FURTHER ORDERD that the sale of the mortgaged premises to the successful bidder, the plaintiff, for the sum of $68,097.60 and the Sheriff's report of such sale as filed herein be approved and the same are hereby in all things approved and confirmed.

IT IS FURTHER ORDERED that upon the receipt of the Order Confirming Sale, the clerk shall deliver the sheriff's deed and transfer return to the Walworth County Register of Deeds pursuant to Wis. Stats. §846.13(3m)(a).

IT IS FURHTER ORDERD that no later than (10) business days after the court confirms the sale, the buyer shall pay to the court both the applicable Wisconsin Real Estate Transfer Tax pursuant to

EXHIBIT J

Wis . Stats. §846.16(2m)(b)(1) and the applicable recording fee as required by Wis. Stats. §59.43(2) and §846.16(2m)(b)(1), respectively.

IT IS FURTHER ORDERED that no deficiency judgment be obtained against any defendant regarding any sums due under the note and mortgage.

IT IS FURTHER ORDERED that if applicable after the disbursements ordered herein, the Clerk of Courts shall hold any remaining surplus balance pending further order of the court.

2

State of Wisconsin } SS
County of Walworth

I, Kristina M. Secord, Clerk of the Circuit Court of Walworth County, Wisconsin, and keeper of the records and files thereof, do hereby certify that foregoing is a true and correct copy of the original document as it appears in the files in my office.
Dated this 20 day of July 20 21

Kristina M. Secord

Dustin Powell Deputy Clerk of Courts