FILED
06-18-2019
Walworth County
Clerk of Circuit Court
2018CV000315

"THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE"

| STATE OF WISCONSIN | CIRCUIT COURT | WALWORTH COUNTY |
|---|---|---|
| U.S. Bank Trust National Association as Trustee of American Homeowner Preservation Trust Series 2015A+<br>    Plaintiff,<br><br>VS.<br><br>Jesus S. Casillas (Deceased);<br>Francisca R. Castillas et al<br>    Defendant(s). | | 30404<br>Case No. <u>2018 CV000315</u><br><br><br><br><br><br><br><br><u>926 East Wisconsin Street, Delevan, WI 53115</u> |

### MOTION TO VACATE JUDGMENT AND DISMISS CASE WITHOUT PREJUDICE <u>AND RELEASE OF LIS PENDENS</u>

NOW COMES Plaintiff, U.S. Bank Trust National Association as Trustee of American Homeowner Preservation Trust Series 2015A+ ("Plaintiff"), by and through its attorneys, The Wirbicki Law Group, LLC, and for its Motion to Vacate Judgment, Dismiss Case without Prejudice and Release of Lis Pendens, states as follows:

1. On May 15, 2018, Plaintiff filed its Complaint to foreclose a mortgage on the property commonly known as 926 East Wisconsin Street, Delevan, WI 53115.

2. On August 22, 2018, the Court entered Default Judgment of Foreclosure.

3. On May 20, 2019, the Court entered an order confirming sale.

4. Plaintiff requests to Vacate the Order Confirming Sale and Judgment of Foreclosure.



EXHIBIT K

5.  Plaintiff seeks to dismiss these foreclosure proceedings against Defendant(s).

**WHEREFORE**, Plaintiff, U.S. Bank Trust National Association as Trustee of American Homeowner Preservation Trust Series 2015A+, respectfully requests that this Court enter an Order vacating order confirming sale and judgment of foreclosure, and dismissing this cause of action.

Date: June 18, 2019

The Wirbicki Law Group, LLC
Attorneys for Plaintiff

Electronically /s/ Cory J. Harris
Signed By: _____
Cory J. Harris Bar No. 1103868

Christopher J. Irk (Bar No. 1101191)
Thomas J. Cassady (Bar No. 1101190)
Cory J. Harris (Bar No. 1103868)
The Wirbicki Law Group LLC
Attorney for Plaintiff
33 W. Monroe St., Suite 1540
Chicago, IL 60603
Phone: 855-891-6777
pleadings.wi@wirbickilaw.com

State of Wisconsin } SS
County of Walworth

I, Kristina M. Secord, Clerk of the Circuit Court of Walworth County, Wisconsin, and keeper of the records and files thereof, do hereby certify that foregoing is a true and correct copy of the original document as it appears in the files in my office.
Dated this 23 day of July 20 24
_____
_____ Deputy Clerk of Courts

