FILED
07-02-2019
Walworth County
Clerk of Circuit Court
2018CV000315

DATE SIGNED: June 28, 2019

<u>Electronically signed by Daniel S. Johnson</u>
Circuit Court Judge

| STATE OF WISCONSIN | CIRCUIT COURT | WALWORTH COUNTY |
|---|---|---|
| U.S. Bank Trust National Association as Trustee of American Homeowner Preservation Trust Series 2015A+<br>   Plaintiff,<br><br>VS.<br><br>Jesus S. Casillas (Deceased);<br>Francisca R. Castillas et al<br>   Defendant(s). | | 30404<br>Case No. <u>2018 CV000315</u><br><br><br><br><br><br><u>926 East Wisconsin Street, Delevan, WI 53115</u> |

### ORDER DISMISSING CASE WITHOUT PREJUDICE
### <u>AND RELEASING LIS PENDENS</u>

THIS CAUSE coming on to be heard on the Motion of the Plaintiff and the Court being advised in the premises;

IT IS HEREBY ORDERED THAT:

1) Plaintiff's Motion is granted;

2) The order confirming sale and judgment of foreclosure are vacated;

3) This this cause is dismissed; and

4) The Lis Pendens recorded in the Office of the Register of Deeds for Walworth County is released for the Mortgaged Property.

BY THE COURT:

*WLG4706497WLG*

State of Wisconsin } SS
County of Walworth

I, Kristina M. Secord, Clerk of the Circuit Court of Walworth County, Wisconsin, and keeper of the records and files thereof, do hereby certify that foregoing is a true and correct copy of the original document as it appears in the files in my office.
Dated this ___20___ day of __July__ 20 _21_

_____
                                    Deputy Clerk of Courts

EXHIBIT L