# United States District Court
## Eastern District of Wisconsin

**US BANK TRUST NATIONAL ASSOCIATION,**
*As Trustee of American Homeowner Preservation Trust Series 2015A+,*

        Plaintiff(s),

v.

**WALWORTH COUNTY, et al,**

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case No. 21-CV-451

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that the defendants' Motion for Judgment on the Pleadings (ECF no. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE** and that Plaintiff shall take nothing from the Complaint.

Approved: *[signature]*

STEPHEN C. DRIES
United States Magistrate Judge

Dated at Milwaukee, Wisconsin, this 6th day of January, 2021.

GINA M. COLLETTI
Clerk of Court

*s/ Tony Byal*
(By) Deputy Clerk