# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

US BANK TRUST NATIONAL ASSOCIATION,
As Trustee of American Homeowner Preservation Trust Series 2015A+

        Plaintiff,

        NOTICE OF APPEAL

v.

WALWORTH COUNTY, et al,

Case No. 21-CV-451

        Defendant.

---

Notice is given that the plaintiff/defendant, US BANK TRUST NATIONAL ASSOCIATION, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on _____.

Dated and signed this _____ day of _____, _____.

_____, Wisconsin.

*Casey Cross*
(Signature)

11247 224th Ave.
(Street Address)

Bristol, WI, 53104
(City, State, Zip)