# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

US Bank Trust National Association,

                        Plaintiff,        Case No. 21-CV-451

    v.

                                 **MINUTE SHEET**

Walworth County, et al,

                        Defendants.

---

**Hon. Stephen C. Dries, presiding.**      **Deputy Clerk:** Tony Byal

**Type of Proceeding:** TELEPHONIC STATUS CONFERENCE

**Date:** September 25, 2023 at 9:00 AM    **Court Reporter:** Liberty

**Time Commenced:** 9:04 AM          **Time Concluded:** 9:11 AM

| **Appearances:** | **Plaintiff:** | Andy Engel for Marc Dann |
|---|---|---|
| | **Defendant:** | Estee Scholtz **(not present)** |

**Comments:**

Plaintiff discusses decision from court of appeals and suggests filing simultaneous briefs regarding impact of Tyler decision.

Court orders parties to file supplemental memorandum by 10/9/2023.