# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| US Bank Trust National Association, | | |
| | Plaintiff, | Case No. 21-CV-451 |
| v. | | **MINUTE SHEET** |
| Walworth County, et al, | | |
| | Defendants. | |

**Hon. Stephen C. Dries, presiding.**　　　　**Deputy Clerk:** Tony Byal

**Type of Proceeding:** TELEPHONIC SCHEDULING CONFERENCE

**Date:** December 5, 2023 at 9:30 AM　　　　**Court Reporter:** Zoom Audio

**Time Commenced:** 9:30 AM　　　　**Time Concluded:** 9:35 AM

**Appearances:**　　**Plaintiff:**　　Andrew Engel, Marc Dann

　　　　　　　　　　**Defendant:**　　Estee Scholtz

**Comments:**

Parties advise they are working on settlement.

Court sets telephonic status conference for 12/20/2023 at 9:00 AM. If parties settle prior to hearing, they are to advise the court in a filing. Hearing will be canceled then.