# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

US Bank Trust National Association,

                      Plaintiff,      Case No. 21-CV-451

    v.

                              **MINUTE SHEET**

Walworth County, et al,

                      Defendants.

---

**Hon. Stephen C. Dries, presiding.**      **Deputy Clerk:** Tony Byal

**Type of Proceeding:** TELEPHONIC STATUS CONFERENCE

**Date:** December 20, 2023 at 9:00 AM      **Court Reporter:** Zoom Audio

**Time Commenced:** 9:00 AM      **Time Concluded:** 9:03 AM

**Appearances:**    **Plaintiff:**    Andrew Engel

                      **Defendant:**  Estee Scholtz

**Comments:**
Parties advise they are still working on settlement. Defense to provide offer to committee on 1/18/2024.

**Court sets telephonic status conference for 1/24/2024 at 9:00 AM. Hearing will be canceled if parties settle.**